**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>**SOUTHERN DISTRICT OF NEW YORK** | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Mount Vernon Monetary Management Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 13-3672811 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>403 E. 3rd Street<br>Mount Vernon, New York<br>914-664-1667    ZIP CODE 10553 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Westchester | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>c/o Allen D. Applbaum, Sole Corporate Manager<br>c/o FTI Consulting, Inc.<br>3 Times Square, 9th Floor, New York, New York<br>212-841-9395    ZIP CODE 10036 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*NY 240,295,354v1 5-26-10*

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Mount Vernon Monetary Management Corp. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>See Attached Schedule 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> Mount Vernon Monetary Management Corp. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ Allen G. Kadish
Signature of Attorney for Debtor(s)
Allen G. Kadish
Printed Name of Attorney for Debtor(s)
Greenberg Traurig, LLP
Firm Name
200 Park Avenue
Address
MetLife Building
New York, New York 10166
212-801-9200
Telephone Number
May 27, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Allen D. Applbaum
Signature of Authorized Individual
Allen D. Applbaum
Printed Name of Authorized Individual
Sole Corporate Manager
Title of Authorized Individual
May 27, 2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# SCHEDULE 1

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, contemporaneously with the filing of this petition. The Debtors filed a motion requesting joint administration.

1. 1540 Roosevelt Avenue, LLC
2. 185 LLC
3. 415 Huguenot LLC
4. 44 N. Saw Mill, LLC
5. American Armored Car, Ltd.
6. Annex Corp.
7. Armored Money Services LLC
8. ATM Management, LLC
9. Barron ATM Corp.
10. Crystal Public Communications, Inc.
11. District Central Station Alarm Corp.
12. District Central Alarm Service Corp.
13. District Security Services, LLC
14. EZ-KI Realty Corp.
15. EZ-RI Realty Corp.
16. GNC Payroll Plus, Inc.
17. GT Public Services, Inc. (f/k/a Public Access Networks Services Inc.)
18. Manhattan Money Branch.com Inc.
19. Michelle Corp.
20. MKey, LLC
21. Money Kiosk Corp.
22. Montgomery Check Cashing Corp.
23. Mount Vernon Monetary Management Corp.
24. Mount Vernon Money Center Corp. (a/k/a MVMC Corp.)
25. M.V.M.C. Service Station, Inc.
26. MVMC Holding Corp.
27. MVMC Service Inc.
28. MVMM Corp.
29. NowCash, Ltd.
30. Quick Cash LLC
31. Time Square Payment Center, Inc.
32. Vet's ATM Corp.
33. Zipes Equities, Ltd.

**WRITTEN CONSENT TO ACTION WITHOUT MEETING
OF THE SOLE CORPORATE MANAGER
OF**

1540 Roosevelt Avenue, LLC;
185 LLC; 415 Huguenot LLC;
44 N. Saw Mill, LLC;
American Armored Car, Ltd.;
Annex Corp.;
Armored Money Services, LLC;
ATM Management, LLC;
Barron ATM Corp.;
Crystal Public Communications, Inc.;
District Central Station Alarm Corp.;
District Central Alarm Service Corp.;
District Security Services, LLC;
EZ-KI Realty Corp;
EZ-RI Realty Corp.;
GNC Payroll Plus, Inc.;
GT Public Services, Inc. (f/k/a Public Access Networks Services Inc.);
Manhattan Money Branch.com, Inc.;
Michelle Corp.;
MKey, LLC;
Money Kiosk Corp.;
Montgomery Check Cashing Corp.;
Mount Vernon Monetary Management Corp.;
Mount Vernon Money Center Corp. (a/k/a/ MVMC Corp.);
M.V.M.C. Service Station, Inc.;
MVMC Holding Corp.;
MVMC Service, Inc.;
MVMM Corp.;
NowCash, Ltd.;
Quick Cash, LLC;
Time Square Payment Center, Inc.;
Vet's ATM Corp.;
and Zipes Equities Ltd.

WHEREAS, on February 12, 2010 the United States District Court for the Southern District of New York (Berman, U.S.D.J.) issued the *Consent Order for Creation of Receivership and Appointment of Receiver Pursuant to 18 U.S.C. § 983(j) and 21 U.S.C. § 853(e)*, appointing Allen D. Applbaum to be the receiver (the "**Receiver**") of Mount Vernon Monetary Management Corp. and its affiliates and related entities identified above (the "**MVMMC Entities**").

WHEREAS, on April 24 and 29, 2010, the United States District Court for the Southern District of New York (Griesa, U.S.D.J.) issued Orders including the *Order (i) Expanding the Scope of the Receiver's Authority, and (ii) Authorizing the Receiver to Place Mount Vernon Money Center Corp. and Affiliates under the Protection of Title 11 of the United States Code* (collectively, the "**Authority Order**"), appointing the Receiver also to be the sole corporate manager (the "**Sole Corporate Manager**") of the MVMMC Entities to the exclusion of all others.

WHEREAS, pursuant to the Authority Order, the Receiver in his capacity as such and/or as Sole Corporate Manager of the MVMMC Entities is authorized to place the MVMMC Entities under the protection of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), and to act as Sole Corporate Manager with respect to the MVMMC Entities including to commence and prosecute such bankruptcy cases.

WHEREAS, the following resolutions were duly adopted and said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

RESOLVED that it is desirable and in the best interests of the MVMMC Entities, their creditors, and other interested parties, that the MVMMC Entities cause to be filed voluntary petitions for relief under the provisions of Chapter 11 of the Bankruptcy Code in the Court; and it is

FURTHER RESOLVED THAT the Sole Corporate Manager as exclusive managing member and representative of the MVMMC Entities with the sole and exclusive power and authority to manage and direct the business and financial affairs of the MVMMC Entities is hereby authorized to execute and file on behalf of the MVMMC Entities all petitions, schedules, lists, and other papers or documents, and to take any and all actions that he deems necessary or proper to obtain such relief; and it is

FURTHER RESOLVED THAT the MVMMC Entities are hereby authorized to retain and employ FTI Consulting, Inc. to assist the MVMMC Entities in carrying out their duties under the Bankruptcy Code and before the Court, and in connection therewith, the Sole Corporate Manager is hereby authorized and directed to execute an appropriate retention agreement, pay appropriate fees and expenses incurred prior to and following the petition date, and to cause to be filed an appropriate application for authority to retain the services of FTI Consulting, Inc.; and it is

FURTHER RESOLVED THAT the MVMMC Entities are hereby authorized to retain and employ the law firm of Greenberg Traurig LLP as general bankruptcy counsel under Section 327(a) of the Bankruptcy Code to represent and assist the MVMMC Entities in carrying out their duties under the Bankruptcy Code and before the Court, and to take any and all actions to advance the MVMMC Entities' rights, including filing any papers and pleadings; and in connection therewith, the Sole Corporate Manager is hereby authorized and directed to execute an appropriate retention agreement, pay appropriate fees and expenses incurred prior to and following the petition date, and to cause to be filed an appropriate application for authority to retain the services of Greenberg Traurig LLP; and it is

FURTHER RESOLVED THAT the MVMMC Entities are hereby authorized and directed to retain and employ additional legal counsel, accountants, financial advisors, brokers, consultants, claims and noticing agents, and other agents and/or professionals to assist the MVMMC Entities in carrying out their duties under the Bankruptcy Code, and in connection therewith, the Sole Corporate Manager is hereby authorized to execute appropriate retention agreements, pay appropriate fees and expenses incurred prior to and following the petition date,

and to cause to be filed appropriate applications for authority to retain the services of any such agent or professional as necessary; and it is

FURTHER RESOLVED THAT the Sole Corporate Manager, or any other person(s) the Sole Corporate Manager shall from time to time designate, and any employees, or agents (including counsel) designated or directed by the Sole Corporate Manager, is/are hereby authorized and empowered, in the name of, and on behalf of the MVMMC Entities, to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instrument, motions, declarations, affidavits, applications for approvals or ruling of government or regulatory authorities, certificates and other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable in order to carry out the purpose and intent of the foregoing and to effectuate bankruptcy proceedings with regard to the MVMMC Entities, as may be deemed appropriate; and to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instructions as such person, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing; and it is

FURTHER RESOLVED that any and all actions heretofore taken by or at the direction of the Sole Corporate Manager, with respect to the foregoing resolutions, or the consummation of the transactions contemplated thereby, be and hereby are ratified, confirmed, approved, and adopted in all respects.

Dated: May 27, 2010

/s/ Allen D. Applbaum
Allen D. Applbaum as
  Receiver and
  Sole Corporate Manager

GREENBERG TRAURIG, LLP
Allen G. Kadish
Burke A. Dunphy
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200

Proposed Attorneys for Mount Vernon Monetary Management
 Corp., *et al.*, Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                                :
**In re:**                                                      :  Chapter 11
                                                                :
**MOUNT VERNON MONETARY**                                       :  Case No. 10-_____ (      )
  **MANAGEMENT CORP.,** *et al.,*                               :
                                                                :  Joint Administration Pending
            **Debtors.**                                        :
                                                                :
---------------------------------------------------------------x

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT

In accordance with rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-3, Mount Vernon Monetary Management Corp. and its affiliates and related entities, as debtors and debtors in possession (collectively, the "**Debtors**"), hereby state that the Debtors, as identified below, were directly or indirectly commonly owned by Robert Egan, or in the case of EZ-RI Realty Corp., owned by Robert Egan and his wife, Iris Egan, and were subject to restraint and seizure and the appointment of a receiver and Sole Corporate Manager as described in the *Declaration of Allen D. Applbaum In Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief* (the "**First Day Declaration**").[1]

The following are the Debtors:

   1.   1540 Roosevelt Avenue, LLC
   2.   185 LLC

---

[1]   The First Day Declaration is available on PACER, the Court's electronic docket system. Any party unable to retrieve this document from PACER may contact the Debtors' counsel for a copy.

3. 415 Huguenot LLC
4. 44 N. Saw Mill, LLC
5. American Armored Car, Ltd.
6. Annex Corp.
7. Armored Money Services LLC
8. ATM Management, LLC
9. Barron ATM Corp.
10. Crystal Public Communications, Inc.
11. District Central Station Alarm Corp.
12. District Central Alarm Service Corp.
13. District Security Services, LLC
14. EZ-KI Realty Corp.
15. EZ-RI Realty Corp.
16. GNC Payroll Plus, Inc.
17. GT Public Services, Inc. (f/k/a Public Access Networks Services Inc.)
18. Manhattan Money Branch.com Inc.
19. Michelle Corp.
20. MKey, LLC
21. Money Kiosk Corp.
22. Montgomery Check Cashing Corp.
23. Mount Vernon Monetary Management Corp.
24. Mount Vernon Money Center Corp. (a/k/a MVMC Corp.)
25. M.V.M.C. Service Station, Inc.
26. MVMC Holding Corp.
27. MVMC Service Inc.
28. MVMM Corp.
29. NowCash, Ltd.
30. Quick Cash LLC
31. Time Square Payment Center, Inc.
32. Vet's ATM Corp.
33. Zipes Equities, Ltd.

I, the undersigned authorized Sole Corporate Manager of the Debtors named in these Chapter 11 cases, declare under penalty of perjury that I have reviewed the foregoing and that, with reliance on appropriate corporate employees it is true and correct to the best of my knowledge, information and belief.

Dated: May 27, 2010   /s/ Allen D. Applbaum
　　　　　　　　　　　　Allen D. Applbaum as
　　　　　　　　　　　　　Receiver and
　　　　　　　　　　　　　Sole Corporate Manager

GREENBERG TRAURIG, LLP
Allen G. Kadish
Burke A. Dunphy
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200

Proposed Attorneys for Mount Vernon Monetary Management
 Corp., *et al.*, Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re:** : Chapter 11
:
**MOUNT VERNON MONETARY** : Case No. 10-_____ (        )
 **MANAGEMENT CORP.,** *et al.,* :
: Joint Administration Pending
**Debtors.** :
:
---------------------------------------------------------------x

## LIST OF CREDITORS HOLDING THIRTY
## LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtor's creditors holding the thirty largest unsecured claims. The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty largest unsecured claims; or (3) claims held by any of the Debtors' employees. Any amounts listed herein are estimated, subject to verification and later dispute. Without limiting the forgoing, the Debtors reserve their rights to dispute or challenge any claim on this list for any reason. The information set forth on this schedule shall not constitute an admission of liability by, nor is binding on, the Debtors, and the failure to list a claim as contingent, disputed or subject to setoff shall not be a waiver of any of the Debtors' rights relating thereto.

*NY 240,324,402v1 5-26-10*

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 1 | Elan (West Transfer Account) | 1255 Corporate Drive<br>Irving, Texas 75038<br>Attn: Ron White<br>Tel No: 212-468-8016 | ATM Transaction Processor | Contingent, Unliquidated | $16,632,160 |
| 2 | Elan (BOA Transfer Account) | 1255 Corporate Drive<br>Irving, Texas 75038<br>Attn: Ron White<br>Tel No: 212-468-8016 | ATM Transaction Processor | Contingent, Unliquidated | $11,279,640 |
| 3 | Webster | 45 Tarrytown Road<br>White Plains, NY 10607<br>Attn: Llia O'Hearn<br>Tel No: 800-325-2424 | Funding Bank or ATM Operator | Contingent, Unliquidated | $11,056,461 |
| 4 | MoneyGram | 521 W. 181st Street<br>New York, NY 10033<br>Attn: Alex Southwell<br>Tel No: 212-351-3981<br>Fax No: 212-781-2331 | Armored Car Customer | Contingent, Unliquidated | $6,796,542 |
| 5 | Actors Federal Credit Union | 165 West 46th Street<br>New York, NY 10036<br>Attn: Nathan Enzminger<br>Tel No: 212-869-8926<br>Fax no: 212-354-8541 | Funding Bank or ATM Operator | Contingent, Unliquidated | $4,289,720 |
| 6 | New York Community Bancorp, Inc. (NYCB) | 615 Merrick Avenue<br>North Westbury, NY 11590<br>Attn: Kevin J. Kaufman<br>Tel No: 516-683-4047 | Funding Bank or ATM Operator | Contingent, Unliquidated | $3,932,230 |
| 7 | Domestic Bank | 815 Reservoir Avenue<br>Cranston, RI 2910<br>Attn: Rick Dubois<br>Tel No: 401-943-1600<br>Fax No: 401-943-6708 | Funding Bank or ATM Operator | Contingent, Unliquidated | $3,324,520 |
| 8 | NYC Health & Hospital | 230 West 41st Street, Room 517<br>New York, NY 10036<br>Attn: Yokasta Baksh Sr. (JPM Chase)<br>Tel No: 212-270-0682 | Funding Bank or ATM Operator | Contingent, Unliquidated | $2,178,000 |
| 9 | CARDTRONICS | 3110 Hayes Road, Suite 300<br>Houston, TX 77082<br>Attn: Eddie Elkin<br>Tel No: 212-682-2596<br>Fax No: 800-786-9666 | Funding Bank or ATM Operator | Contingent, Unliquidated | $2,077,420 |
| 10 | Cardpro (DBA Cardtronics) | 3110 Hayes Road, Suite 300<br>Houston, TX 77082<br>Attn: Eddie Elkin<br>Tel No: 212-682-2596<br>Fax No: 800-786-9666 | Funding Bank or ATM Operator | Contingent, Unliquidated | $1,925,040 |
| 11 | Omnex Group | 580 Sylvan Ave<br>Englewood Cliffs, NJ 7632 | Armored Car Customer | Contingent, Unliquidated | $1,909,174 |

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| | | Attn: Daniel M. Gitner<br>Tel No: 212-921-8399<br>Fax No: 201-568-5218 | | | |
| 12 | ATM Access Inc. | 921 East 180th Street<br>Bronx, NY 10460<br>Attn: Irene Sabes<br>Tel No: 718-220-0085<br>Fax No: 718-220-0089 | Funding Bank or ATM Operator | Contingent, Unliquidated | $1,698,870 |
| 13 | Select A Branch | 1150 First Avenue, Suite 600<br>King Of Prussia, PA 19406<br>Attn: Colleen Juiliano<br>Tel No: 610-256-9500<br>Fax No: 610-971-9711 | Funding Bank or ATM Operator | Contingent, Unliquidated | $1,249,540 |
| 14 | Signature Bank | 1C Quaker Ridge Road<br>New Rochelle, NY 10804<br>Attn: Rosemarie McLaughlin<br>Tel No: 914-712-2210 | Funding Bank or ATM Operator | Contingent, Unliquidated | $1,123,200 |
| 15 | Carver Savings Bank | 1281 Fulton Street<br>Brooklyn, NY 11216<br>Attn: James Carver<br>Tel No: 718-676-8930<br>Fax No: 718-237-1329 | Funding Bank or ATM Operator | Contingent, Unliquidated | $850,002 |
| 16 | Elan (West BOA CT Transfer Account) | 1255 Corporate Drive<br>Irving, Texas 75038<br>Attn: Ron White<br>Tel No: 212-468-8016 | ATM Transaction Processor | Contingent, Unliquidated | $845,300 |
| 17 | ATM Of America Inc. | 6775 Daly Road, Suite 105<br>West Bloomfield, Mi 48322<br>Attn: Sid Sarkar<br>Tel No: 203-559-6169<br>Fax No: 248-932-5404 | Funding Bank or ATM Operator | Contingent, Unliquidated | $696,910 |
| 18 | FAM Capital (WSFS) | 35-43 37th Street<br>Long Island City, NY 11101<br>Attn: Eddie Elkin<br>Tel No: 212-682-2596<br>Fax No: 718-729-7797 | Funding Bank or ATM Operator | Contingent, Unliquidated | $682,950 |
| 19 | ATM Systems-Corp. | 19650 Club House Road, Suite 102<br>Montgomery Village, MD 20886<br>Attn: Lindsay Gray<br>Tel No: 301-987-0100<br>Fax No: 301-987-9833 | Funding Bank or ATM Operator | Contingent, Unliquidated | $653,839 |

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 20 | Northeast Alliance Federal Credit Union (NEAFCU) | 55 Whitney Avenue<br>New Haven, CT 06511<br>Attn: Susan H. Tinch<br>Tel No: 845-735-7800<br>Fax No: 845-735-1503 | Funding Bank or ATM Operator | Contingent, Unliquidated | $565,464 |
| 21 | Delta Community Credit | 1022 Virginia Avenue<br>Atlanta, GA 30354<br>Attn: Chris Danvers<br>Tel No: 404-677-4719<br>Fax No: 404-677-4826 | Funding Bank or ATM Operator | Contingent, Unliquidated | $520,000 |
| 22 | B & H Check Cashing | 668 Seneca Avenue<br>Ridgewood, NY 11385<br>Attn: Ron Barberan<br>Tel No: 718-821-5528 | Armored Car Customer | Contingent, Unliquidated | $480,000 |
| 23 | Sterling National Bank | 425 Park Avenue<br>New York, NY 10022<br>Attn: Paula Cappello<br>Tel No: 212-757-8114<br>Fax No: 212-361-3804 | Funding Bank or ATM Operator | Contingent, Unliquidated | $447,588 |
| 24 | Cashzone | 99 Park Avenue, 4Th Floor<br>New York, NY 10016<br>Attn: David Rosenfeld<br>Tel No: 212-592-1513 | Armored Car Customer | Contingent, Unliquidated | $445,000 |
| 25 | ADP Federal Credit Union | 71 Hanover Road<br>Florham Park, NJ 07932<br>Attn: Juliet Jaremko<br>Tel No: 973-974-5536 | Funding Bank or ATM Operator | Contingent, Unliquidated | $438,360 |
| 26 | Mahopac National Bank | 1441 Route 22<br>Brewster, NY 10509<br>Attn: Noreen Brancaccio<br>Tel No: 845-278-1071 | Armored Car Customer | Contingent, Unliquidated | $420,525 |
| 27 | Stanson Automated in Yonkers NY | 562 Morris Ave<br>Bronx NY 10451<br>Attn: Joel Iskowitz<br>Tel No: 914-424-5235 | Funding Bank or ATM Operator | Contingent, Unliquidated | $404,540 |
| 28 | Granite C/C Service, Inc. | 150 North Division St<br>Peekskill, NY 10566<br>Attn: Jim Lieto<br>Tel No: 914-736-2297<br>Fax No: 914- 736-3543 | Armored Car Customer | Contingent, Unliquidated | $392,000 |
| 29 | United Check Cashing | 6633 Grand Ave.<br>Maspeth, NY 11378<br>Attn: Daniel Colasuonno<br>Tel No: 917-807-7213<br>Fax No: 718- 424-4481 | Armored Car Customer | Contingent, Unliquidated | $372,000 |
| 30 | New York Community | 560 Sylvan Avenue | Armored Car | Contingent, | $340,000 |

| Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| Financial | Englewood Cliffs, NJ 7632<br>Attn: Bruce Balonick<br>Tel No: 312-876-7123 | Customer | Unliquidated | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the undersigned authorized Sole Corporate Manager of the Debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated:   May 27, 2010

/s/ Allen D. Applbaum
Allen D. Applbaum as
  Sole Corporate Manager