# EXHIBIT 1

## CONSULTING AGREEMENT FOR LIQUIDATION OF ASSETS

This Consulting Agreement, dated as of May 17, 2010 (together with all Exhibits and attachments hereto, collectively, the "Agreement"), is made by and among JG RESOURCES, LLC, (the "Consultant") and MOUNT VERNON MONETARY MANAGEMENT CORP. and all of its affiliates and subsidiaries, including without limitation, MOUNT VERNON MONEY CENTER, ATM MANAGEMENT SERVICES, LLC, ARMORED MONEY SERVICES, LLC, DISTRICT SECURITY SERVICES, LLC, NOWCASH LTD., MONTGOMERY CHECK CASHING CORP., and MANHATTAN MONEY BRANCH (collectively, the "Company").

### WITNESSETH:

**WHEREAS,** Company is in the business of, among other matters, owning automatic teller machines ("ATMs"), providing ATM management services, armored money transportation and related services, burglar alarm and fire alarm services and central station monitoring, and such other services (collectively, the "Business") related to the foregoing; and

**WHEREAS,** on February 12, 2010, the United States District Court for the Southern District of New York in the case entitled *United States of America -v.- Robert Egan, Case Number 10 Mag. 238, entered a Consent Order For Creation of Receivership and Appointment of Receiver Pursuant to 18 U.S.C. §983(j) and 21 U.S.C. §853(e)* (the "Receiver Order"); and

**WHEREAS,** Allen D. Applbaum was appointed the receiver and sole corporate manager (the "Receiver") for the assets of the Company pursuant to the Receiver Order and subsequent orders; and

**WHEREAS,** the Company has determined that it is in its best interest and that of its creditors to dispose all of Company's rolling stock (*i.e.* vehicles), inventory, parts, money counting equipment, safes, vaults, security equipment, office furniture, supplies, auto repair equipment, ammunition, all other fixtures, furniture and equipment including the items described on Exhibit A attached hereto and incorporated herein (collectively, the "Liquidation Assets") located at 44 N. Sawmill River Road, Elmsford, NY; 75 South Haven Avenue, Mount Vernon, NY; 138 South Columbus Avenue, Mount Vernon, NY; 140 South Columbus Avenue, Mount Vernon, NY; 403 East Third Street, Mount Vernon, NY; 102 South Haven Avenue, Mount Vernon, NY; 1540 Roosevelt Avenue Carteret, NJ; and, any other locations of the Company (collectively, the "Company Locations"); and

**WHEREAS,** the Company is considering filing voluntary petitions for relief under Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and

**WHEREAS,** the Company is entering into this Agreement in anticipation of the commencement of Chapter 11 cases (the "Bankruptcy Cases") in the Bankruptcy Court, with the further expectation that the Company will continue to be managed as debtors and debtors in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code; and

1

**WHEREAS,** Consultant is in the business of, among other things, providing inventory and fixture disposition services; and

**WHEREAS,** the Company desires that Consultant assist the Company for the purpose of selling, by conducting a "going-out-of-business," "bankruptcy liquidation," or similarly themed sale, and/or also by conducting an auction sale, wholesale sale or sale in bulk (collectively, the "Sale") of the Liquidation Assets at the Company Locations; and

**WHEREAS,** the Company has undertaken a competitive process to select a liquidator to sell the Liquidation Assets; and

**WHEREAS,** the Company has selected the Consultant as it has provided the highest and best offer to sell the Liquidation Assets on the terms hereof; and

**WHEREAS,** the Consultant is willing to serve as the Company's exclusive agent to conduct the Sale in accordance with the terms and conditions of this Agreement.

**NOW, THEREFORE,** in consideration of the mutual covenants and agreements hereinafter set forth and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

## 1. DEFINITIONS

For the purposes of this Agreement, the terms listed below shall have the respective meanings indicated:

1.1 "Budget Amount" shall mean Sixty-Nine Thousand Five Hundred Dollars ($69,500) allocated for all of the Budget Expenses during the Sale Term and as set forth on the Expense Budget.

1.2 "Budget Expenses" shall include, but not be limited to, the following costs and expenses: costs for disposition of the Liquidation Assets; personnel and labor to conduct the Sale; marketing and advertising costs (including signage); supplies; travel; Consultant Legal Fees; accounting of the Sale proceeds; and such other costs and expense items set forth on the Expense Budget. Budget Expenses specifically excludes Other Expenses.

1.3 "Buyer's Premium" shall mean an amount equal to ten percent (10%) of the Net Proceeds from the Sale of the Liquidation Assets. The Buyer's Premium shall (i) be paid directly to Consultant by the purchasers of the Liquidation Assets, and (ii) not be part of Gross Proceeds or otherwise an asset of the Company.

1.4 "Consultant Legal Fees" shall mean the actual amount of legal fees and expenses incurred by the Consultant in respect of preparation of this Agreement, the transactions contemplated hereby and Bankruptcy Court approval of this Agreement not to exceed Twenty Five Thousand Dollars ($25,000).

1.5   "Expense Budget" shall mean the estimated amount of the Budget Expenses set forth on the budget attached hereto as Exhibit B.

1.6   "Expenses" shall mean collectively: the Budget Expenses; the Other Expenses; all other costs and expenses related to the Sale; all costs and expenses of the Business; and, all other costs and expenses of the Company, including, without limitation, the costs and expenses relating to the Bankruptcy Cases.

1.7   "Gross Proceeds" means the aggregate gross proceeds of all Sales and dispositions of Liquidation Assets (i) during the Sale Term, and (ii) or otherwise after the Sale Term. Gross Proceeds excludes the Buyer's Premium.

1.8   "Net Proceeds" means the aggregate Gross Proceeds less sales tax.

1.9   "Other Expenses" shall include, without limitation, all occupancy charges and other costs and charges incurred pursuant to the leases or other agreements in respect of the Company Locations; utility charges and security costs for the Company Locations; telephone and telephone usage fees and cash handling and credit card fees for processing the Sale of the Liquidation Assets; employee payroll and benefits; Company's casualty, liability and contents insurance with respect to the Liquidation Assets and the Company Locations; and, all other costs and expenses in respect of the Company, the Business, the Sale, and all amounts related to the Bankruptcy Cases.

1.10   "Sale Commencement Date" shall mean, subject to entry of the Approval Order by the Bankruptcy Court, the first day after entry of the Approval Order by the Bankruptcy.

1.11   "Sale Term" shall mean the period of time beginning with the Sale Commencement Date and ending on the Sale Termination Date.

1.12   "Sale Termination Date" shall mean subject to Consultant's right to terminate the Sale at any Company Location pursuant to Section 9.4 herein, the date which is sixty (60) days after the Sale Commencement Date, provided, that, Consultant shall use its reasonable best efforts to complete the Sale within forty-five (45) days after the Sale Commencement Date.

1.13   "Services" shall mean the services to be performed by Consultant pursuant to Section 2.2 of this Agreement.

## 2.   CONSULTING

2.1   Company hereby retains Consultant to conduct the Sale of the Liquidation Assets at the Company Locations as an independent consultant to Company.   Company's and Consultant's obligations hereunder are subject to the approval of the Bankruptcy Court and shall be of no force and effect in the event that an order approving the assumption of this Agreement and the transactions contemplated herein in form and substance reasonably acceptable to Company and Consultant (the "Approval Order") is not entered by the Bankruptcy Court on or before June 30, 2010.   The Approval Order shall be in form and substance acceptable to Company and Consultant, and shall provide for the Sale of the Liquidation Assets in accordance

3

with this Agreement and on an "as is-where is" basis, and free and clear of all liens, claims and encumbrances. Subject to the entry of the Approval Order, Company and Consultant shall be permitted to conduct and advertise a "going-out-of-business," "bankruptcy liquidation," or similarly themed sale, and by conducting and advertising an auction sale, wholesale sale or sale in bulk in a manner consistent with the "Sale Guidelines" attached hereto as Exhibit C whether by in-store or media advertising or promotional materials.

2.2     On the terms and conditions set forth herein, commencing as of the Sale Commencement Date, Consultant shall provide Company with the following services (the "Services") with respect to the conduct of a Sale:

> (i)     oversee and conduct the liquidation and disposal of the Liquidation Assets in consultation with the Company to maximize the Net Proceeds from the Liquidation Assets;
>
> (ii)     recommend and implement appropriate advertising to effectively sell the Liquidation Assets during the Sale;
>
> (iii)     recommend and implement appropriate merchandising, pricing and discounting of the Liquidation Assets;
>
> (iv)     provide such other related services deemed necessary or prudent by Consultant under the circumstances giving rise to the Sale;
>
> (vi)     monitor the Budget Expenses;
>
> (vii)     to the extent necessary, to collect and remit to the Company, sales taxes upon the disposition of the Liquidation Assets; and
>
> (viii)     collect all Gross Proceeds from the Sale of the Liquidation Assets, account for all Expense Budget amounts, and remit the Gross Proceeds (less the Budget Expenses, Consultant Advances and such other amounts due Consultant hereunder) to the Company.

2.3     Consultant shall undertake its obligations under this Agreement in a manner designed to maximize the benefit to the Company. Consultant shall consult reasonably with the Company regarding its recommendations, but Consultant shall maintain operational control of the conduct of the Sale consistent with the terms of this Agreement and the Approval Order.

2.4     Title to all Liquidation Assets shall remain with Company. All sales of Liquidation Assets shall be made by Consultant on behalf of the Company. All sales of Liquidation Assets shall be for cash, wire transfer, bank or certified check or credit card and shall be conspicuously marked "final".

## 3.     EXPENSES

3.1     Company shall be responsible for the prompt payment of all Expenses. In

addition, simultaneous with the execution of this Agreement, Company shall pre-fund Consultant with an amount equal to the first two weeks of Budget Expenses as set forth on the Expense Budget attached hereto (the "Pre-Funded Expenses"). Consultant shall use the Pre-Funded Expenses to pay the first two weeks of the Budget Expenses set forth on the Expense Budget. To the extent that the Net Proceeds are insufficient to pay the Budget Expenses set forth on the Expense Budget, Consultant shall advance amounts to timely pay such Budget Expenses (collectively, the "Consultant Advances"). In the event the Sale extends beyond the Sale Termination Date, Consultant shall be responsible for payment of the Expense Budget Items during such extended period.

3.2     Notwithstanding anything to the contrary contained herein, Consultant may incur Budget Expenses up to an amount equal to one hundred ten percent (110%) of the Budget Amount (the "Budget Excess Amount") without the prior written consent of the Company or approval of the Bankruptcy Court. In such case, the Budget Amount shall be increased to the Budget Excess Amount for all purposes of this Agreement. Consultant shall not incur any Budget Expenses in excess of the Budget Excess Amount without the prior written consent of the Company which consent will not require Bankruptcy Court approval. In such case, the Budget Amount and the Budget Excess Amount shall also be increased to include all Company approved amounts in excess of the Budget Excess Amount.

## 4.     CONSULTANT'S FEE; PAYMENT OF BUDGET EXPENSES AND REIMBURSEMENT OF CONSULTANT ADVANCES

4.1     The Consultant shall retain as its fee hereunder, the Buyer's Premium. All collected sales taxes from the Sale of the Liquidated Assets shall be distributed to the Company and identified as such; and, the Net Proceeds from the Sale of the Liquidation Assets shall be distributed in the following order and priorities: first, to fully reimburse the Consultant for the Consultant Advances; second, to fully pay the Budget Expenses; and, third, the balance to the Company. The foregoing payments and distributions (i) shall be made on a weekly basis as part of the weekly reconciliations as provided hereunder and as part of the Final Settlement, and (ii) shall be made without further order of the Bankruptcy Court. In addition, all amounts due to Consultant under this Agreement shall constitute a super-priority administrative expense claim in the Bankruptcy Cases only to be paid from Net Proceeds and in accordance with Section 15 herein.

## 5.     WEEKLY RECONCILIATIONS; REPORTS

5.1     On every Wednesday during the Sale Term, Company and Consultant shall cooperate to reconcile the Consultant Advances, the Buyer's Premium, the Expense Budget, other amounts due Consultant pursuant to this Agreement and such other Sale related matters as either party may reasonably request, in each case for the prior week or partial week (*i.e.*, Monday through Sunday). As part of such weekly reconciliations and in accordance with Sections 4 and 5 of this Agreement, from the Net Proceeds of the Sale of the Liquidation Assets, Consultant shall pay itself all amounts due Consultant pursuant to this Agreement.

5.2     Pursuant to the weekly reconciliations as provided in Section 5.1 above, Consultant shall submit reports with supporting documentation to the Company on a weekly

basis setting forth the sale of Liquidation Assets, the Budget Expenses incurred, the Consultant Advances that have been incurred and/or paid by Consultant, the Buyer's Premium and such other information and reports relative to the Sale as reasonably requested by the Company by each Tuesday for the prior week. Within one (1) day after the submission of such reports, Consultant shall (i) pay itself the Buyer's Premium, (ii) from the Gross Proceeds of the Sale of the Liquidation Assets, (a) remit the sales taxes, if any, to the Company, (b) pay itself the Consultant Advances, the Budget Expenses and any other amounts due Consultant under this Agreement, and (c) pay the Company the remaining Gross Proceeds.

5.3     No later than ten (10) days following the end of the Sale Term, the parties shall endeavor to complete a final reconciliation and settlement of all amounts contemplated by this Agreement (the "Final Settlement"). All undisputed amounts shall be paid to Consultant upon completion of the Final Settlement. Any disputes concerning the Final Settlement that are not otherwise resolved in a signed writing between Company and Consultant shall be submitted to the Bankruptcy Court for resolution.

5.4     Each party to this Agreement shall, at all times and prior to the actual date of the Final Settlement, provide the other with access to all information, books and records relating to the Sale and to this Agreement.

## 6.     COMPANY EMPLOYEES

6.1     Company shall continue the employment of those Company employees/personnel as may be agreed by Company and Consultant for Consultant to conduct the Sale during the Sale Term.

## 7.     REPRESENTATIONS AND WARRANTIES OF CONSULTANT

7.1     Consultant hereby represents, warrants and covenants in favor of Company as follows:

(a)     Consultant has taken all necessary action required to authorize the execution, performance and delivery of this agreement, and to consummate the transactions contemplated hereby.

(b)     This Agreement is a valid binding obligation of Consultant enforceable in accordance with its terms, subject only to any applicable bankruptcy, insolvency or similar laws affecting the rights of creditors generally and the availability of equitable remedies.

(c)     No action or proceeding has been instituted or, to Consultant's knowledge, threatened, affecting the consummation of this Agreement or the transactions contemplated herein.

## 8.     REPRESENTATIONS AND WARRANTIES OF COMPANY

8.1     Company hereby represent, warrant and covenant in favor of Consultant as

6

follows:

(a)     Company has taken all necessary actions required to authorize its execution, performance and delivery of this Agreement up to the filing of the Bankruptcy Cases, and will have taken all necessary actions to seek the approval of the Bankruptcy Court to enter the Approval Order.

(b)     This Agreement is a valid and binding obligation of Company enforceable in accordance with its terms; and, upon filing the Bankruptcy Cases and entry of the Approval Order, this Agreement shall be a valid and binding obligation of Company enforceable in accordance with its terms.

(c)     No action or proceeding has been instituted or, to Company's knowledge, threatened, affecting the consummation of this Agreement, or the sale of the Liquidation Assets as contemplated hereby or the transactions contemplated herein.

(d)     Consultant shall have quiet enjoyment of the Company Locations for the purposes of conducting the Sale of the Liquidation Assets.

## 9.     AFFIRMATIVE DUTIES OF CONSULTANT

9.1     Consultant shall reimburse, indemnify, defend and hold Company and their respective agents and employees harmless from and against any and all liabilities, claims, demands, losses, damages, actions, costs and expenses (including reasonable attorneys' fees), fines and penalties directly arising from: (i) Consultant's breach of or failure to comply with any of its agreements, covenants, representations or warranties contained herein or in any written agreement entered into in connection herewith; (ii) any claims by any party engaged by Consultant as an employee or independent contractor arising out of such employment except where due to the gross negligence, willful misconduct or unlawful acts of Company, and their respective employees, agents, independent contractors, or representatives; and/or (iii) the gross negligence, willful misconduct, and/or unlawful acts of Consultant.

9.2     Consultant shall conduct the Sale at the Company Locations throughout the Sale Term in accordance with the Approval Order and in a manner consistent with the Sale Guidelines.

9.3     Consultant shall collect all sales taxes on behalf of Company and shall remit to the Company for its payment to the appropriate taxing authorities in accordance with the applicable law.

9.4     Consultant shall have the sole and exclusive discretion to terminate the Sale at any location prior to the Sale Termination Date and shall provide Company with no less than two (2) days' advance notice of its intent to terminate the Sale at any of the Company Locations.

{00076849.DOC; 6}

## 10.  AFFIRMATIVE DUTIES OF COMPANY

10.1    Company shall be solely liable for, and shall pay when due, all Expenses.

10.2    Company shall prepare and process all reporting forms, certificates, reports and other documentation required in connection with the payment of all applicable taxes for the Sale of the Liquidation Assets to the appropriate taxing authorities and shall remit all such collected sales taxes to the appropriate taxing authorities.

10.3    Company shall reimburse, indemnify, defend and hold Consultant and its agents, employees, principals and independent contractors harmless from and against any and all liabilities, claims, demands, losses, damages, actions, costs and expenses (including reasonable attorneys' fees), fines and penalties that Consultant may incur or sustain arising out of Company's failure to pay (i) over to the appropriate taxing authority any taxes required to be paid by Company during the Sale Term in accordance with applicable law (provided that Company has received the amounts described in Section 9.3 above), and/or (ii) any of the Expenses.

10.4    Company shall reimburse, indemnify, defend and hold Consultant and its agents, employees, principals and independent contractors harmless from and against any and all liabilities, claims, demands, losses, damages, actions, costs and expenses (including reasonable attorneys' fees), fines and penalties that Consultant may incur or sustain arising from the (i) grossly negligent acts or omissions of, Company or its agents or employees, in connection with the Sale, and/or (ii) Company's breach of or failure to comply with any of its agreements, covenants, representations or warranties contained herein or in any written agreement entered into in connection herewith.

10.5    On or prior to the Sale Commencement Date, Company shall deliver to Consultant the original titles to the rolling stock in the Company's possession, executed in blank. Upon sale of the rolling stock, Consultant shall fill in such purchaser's name.  Company shall also timely execute and deliver such other documents in order for Consultant to sell the Liquidation Assets in accordance with the terms of this Agreement.

## 11.  INSURANCE

11.1    The Company shall maintain casualty, liability and contents insurance with respect to the Liquidation Assets and the Company Locations during the Sale Term in such amounts as reasonably requested by Consultant.  Company will provide documentation that indicates Consultant as an "additional insured" and "additional loss payee" on such policies. Consultant shall be entitled to receive all amounts due Consultant pursuant to this Agreement from insurance proceeds in the event of a casualty loss of the Liquidation Assets.

## 12  ABANDONMENT

12.1    Consultant shall have the right to abandon in place all unsold Liquidation Assets on the Sale Termination Date at each of the Company Locations and shall have no liability or obligation with respect to the premises of the Company Locations.  In addition, Consultant shall

only be responsible to remove any trash created by Consultant and shall have no responsibility to deliver the Company Locations in "broom clean" condition.

## 13. DEFAULT

13.1 The occurrence of any of the following is an "Event of Default":

(i) the failure of either party to perform any of its material obligations under this Agreement, which failure is not remedied within five (5) days after that party has received a written notice from the non-defaulting party of such failure; or

(ii) any representation or warranty made by either party will prove to be untrue in any material respect as of the date when made; or

(iii) a substantial portion of Liquidation Assets is destroyed, encumbered, seized, or confiscated by reason of Company's acts or omissions, or if the Consultant is unable to conduct the Sale during the Sale Term in accordance with this Agreement through no fault of Consultant.

13.2 Upon the occurrence of an Event of Default set forth in Section 13.1(i) and (ii), the non-breaching party will have the right to terminate the Sale and to enforce its legal and equitable rights and remedies under this Agreement and applicable law. Upon occurrence of an Event of Default set forth in Section 13.1(iii), Consultant shall be paid the sum of (a) an amount equal to the difference between (i) $75,000 and (ii) the aggregate of the Buyer's Premium received by Consultant, and (b) all other amounts due to the Consultant under this Agreement.

## 14. MISCELLANEOUS

14.1 Any notice or other communication under this Agreement shall be in writing and may be delivered personally or sent by e-mail or by a nationally recognized overnight delivery service with next business day delivery, addressed as follows:

(i) in the case of Consultant:

JG Resources, LLC
6619 South Division Avenue
Grand Rapids, MI 49548
Attn: Jim Grimwade
E-Mail: jgrimwade@aol.com

9

Copy to:

Cohen Tauber Spievack & Wagner P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
Attn: Robert A. Boghosian, Esq.
E-Mail: rboghosian@ctswlaw.com

(ii) in the case of Company:

Mount Vernon Monetary Management Corp.
c/o FTI Consulting, Inc.
Three Times Square
New York, NY 10036
Attn: Allen D. Applbaum, Receiver and
       sole Corporate Manager
E-Mail: allen.applbaum@fticonsulting.com

Copy to:

Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Attn: Allen G. Kadish, Esq.
E-Mail: kadisha@gtlaw.com

14.2    This Agreement shall be governed by and interpreted in accordance with the internal laws of the State of New York, without reference to any conflict of laws provisions. The parties hereto agree that the Bankruptcy Court shall retain jurisdiction to hear and finally determine any disputes arising from or under this Agreement, and by execution of this Agreement each party hereby irrevocably accepts and submits to the jurisdiction of such court with respect to any actions or proceeding.

14.3    In the event any term or provision contained within this Agreement shall be deemed illegal or unenforceable, then such offending term or provision shall be considered deleted from this Agreement and the remaining terms shall continue to be in full force and effect.

14.4    This Agreement constitutes the entire agreement between the parties with respect of the subject matter hereof and supersedes all prior negotiations and understandings, and can only be modified by a writing signed by Company and Consultant.

14.5    It shall be a condition to the effectiveness of this Agreement that the Bankruptcy Court shall have issued the Approval Order and Company's retention of Consultant as its consultant pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, which order shall be in form and substance satisfactory to Company and Consultant.

{00076849.DOC; 6}

14.6    Section headings in this Agreement are inserted for convenience only and shall not be considered for the purpose of determining the meaning or legal effect of any provision hereof.

14.7    This Agreement may be executed in several counterparts, each of which when so executed shall be deemed to be an original and such counterparts, together, shall constitute one and the same instrument. Delivery by facsimile or other electronic delivery of this Agreement or an executed counterpart hereof shall be deemed a good and valid execution and delivery hereof or thereof.

14.8    This Agreement will be binding upon and inure to the benefit of Company and Consultant and their respective, successors and assigns. Neither party may assign its rights or obligations under this Agreement without the prior written consent of the other party.

14.9    Nothing contained herein shall be deemed to create any relationship between Consultant on the one hand and Company on the other hand, other than that of an independent contractor. It is stipulated that the parties are not partners or joint venturers.

14.10    Company expressly acknowledges that Consultant has not guaranteed the results of the Sale.

14.11    Company expressly acknowledges that all actions, deliveries and dealings with the Company under this Agreement shall be made by the Receiver or its designee.

## 15.    CONSULTANT ADMINISTRATIVE EXPENSE CLAIM

15.1    In consideration of the Consultant's payment of the Consultant Advances and the provision of services hereunder to Company, all amounts owed to Consultant under this Agreement including, without limitation, the payment of the Budget Amount and the Consultant Advances (collectively, the "Consultant Claim") shall be granted the status of a super-priority administrative expense claim in the Bankruptcy Cases to be paid solely form the Net Proceeds and not from any of the Company's other assets, which super-priority claim shall be in all respects senior to and having priority in right of payment over any and all other obligations, liabilities and indebtedness of the Company, whether now in existence or hereafter incurred by Company, and over any and all administrative expense claims, secured claims, priority claims and unsecured claims against the Company now existing or hereafter arising, of any kind or nature whatsoever, including, without limitation, sections 105, 326, 328, 330, 331, 503(b), 506(c), 507(a), 507(b), 546(c), 1113 and 1114 of the Bankruptcy Code; and, the Consultant Claim shall be senior to any claims granted to any secured creditor of the Debtor.

**[SIGNATURES ON NEXT PAGE]**

**IN WITNESS WHEREOF**, Company and Consultant hereby execute this Agreement by their duly authorized representatives as of the day and year first written above.

**JG RESOURCES, LLC**

By: _____

Title: PRESIDENT _____

Name: James T. Grimwade _____

**MOUNT VERNON MONETARY MANAGEMENT CORP.
and all of its affiliates and subsidiaries, including without
limitation, MOUNT VERNON MONEY CENTER,
ATM MANAGEMENT SERVICES, LLC,
ARMORED MONEY SERVICES, LLC,
DISTRICT SECURITY SERVICES, LLC,
NOWCASH LTD., MONTGOMERY CHECK
CASHING CORP., and MANHATTAN
MONEY BRANCH**

By: _____

    Allen D. Applbaum, Receiver and
    Sole Corporate Manager

{00076849.DOC; 6}

**IN WITNESS WHEREOF**, Company and Consultant hereby execute this Agreement by their duly authorized representatives as of the day and year first written above.

**JG RESOURCES, LLC**

By:_____

Title:_____

Name:_____

**MOUNT VERNON MONETARY MANAGEMENT CORP.**
**and all of its affiliates and subsidiaries, including without**
**limitation, MOUNT VERNON MONEY CENTER,**
**ATM MANAGEMENT SERVICES, LLC,**
**ARMORED MONEY SERVICES, LLC,**
**DISTRICT SECURITY SERVICES, LLC,**
**NOWCASH LTD., MONTGOMERY CHECK**
**CASHING CORP., and MANHATTAN**
**MONEY BRANCH**

By:_____
   Allen D. Applbaum, Receiver and
   Sole Corporate Manager

12

**EXHIBIT A**
**[LIQUIDATION ASSETS]**

MVMC Owned Vehicle List

| Location | Vehicle # | Make | Model | Year | VIN # | Plate | Registered to: | Millage | Value | EZ PASS |
|---|---|---|---|---|---|---|---|---|---|---|
| ELMSFORD | 16 | Ford | E-350 | 2003 | 1FTSS34F73HA12137 | 28136Z | Armored Money Services LLC | 223356 | 25000 | |
| ELMSFORD | 214 | Intl | 4700 | 2002 | 1HTSCAAM32H407588 | 31618JX | Armored Money Services LLC | 364516 | 25000 | |
| ELMSFORD | 210 | Intl | 4700 | 2000 | 1HTSCAAM5YH277251 | 31619JX | Armored Money Services LLC | 195820 | 25000 | |
| ELMSFORD | 203 | Intl | 4700 | 1994 | 1HTSBZRK4RH578664 | 31621JX | Armored Money Services LLC | 219361 | 25000 | |
| ELMSFORD | 217 | Intl | 4700 | 2003 | 1HTMMAAM53H578827 | 31650JX | Armored Money Services LLC | 18429 | 25000 | |
| ELMSFORD | 221 | Intl | 4700 | 2003 | 1HTMMAAM43H578835 | 31656JX | Armored Money Services LLC | 23775 | 25000 | |
| ELMSFORD | 218 | Intl | 4700 | 2003 | 1HTMMAAM73H578828 | 31655JX | Armored Money Services LLC | | 25000 | |
| ELMSFORD | 201 | Intl | 4700 | 1998 | 1HTSCAAMXWH501565 | 31688JX | Armored Money Services LLC | 273221 | 25000 | |
| ELMSFORD | 213 | Intl | 4700 | 2002 | 1HTSCAAM12H407601 | 31694JX | Armored Money Services LLC | 16920 | 25000 | G3B*0080654810 6* |
| ELMSFORD | 207 | Intl | 4700 | 2000 | 1HTSCAAM2YH214205 | 31695JX | Armored Money Services LLC | 239273 | 25000 | |
| ELMSFORD | 208 | Intl | 4700 | 2000 | 1HTSCAAM0YH214199 | 31697JX | Armored Money Services LLC | 15606 | 25000 | |
| ELMSFORD | 209 | Intl | 4700 | 2000 | 1HTSCAAMXYH214209 | 31756JX | Armored Money Services LLC | 22358 | 25000 | |
| ELMSFORD | 211 | Intl | 4700 | 2000 | 1HTSCAAM2YH277255 | 31769JX | Armored Money Services LLC | 13625 | 25000 | |
| ELMSFORD | 101 | GMC | Savana | 2002 | 1GDJG31R821244292 | 42141IY | Mount Vernon Money Center Corp | 131394 | 25000 | G3B*0080661012 0* |
| ELMSFORD | 94 | Ford | E-350 | 2000 | 1FTSE34F3YHB38266 | 72183JY | Mount Vernon Money Center Corp | 350000 | 25000 | |
| ELMSFORD | 78 | Ford | E-350 | 2003 | 1FTSE34F03HA79069 | 72184JY | Mount Vernon Money Center Corp | 290956 | 25000 | |
| ELMSFORD | 85 | Ford | E-350 | 1995 | 1FTJE34F08HB82549 | DB23369 | Mt Vernon Money Center Corp | 145655 | 25000 | *0080492491 4* |
| ELMSFORD | | Chevy | Astrovan | 1998 | 1GCDM19W6WB115685 | DVV6153 | MVMC Service Inc | | 25000 | |
| ELMSFORD | | Subaru | Forrester | 2007 | JF1SG63657H708933 | EWV9371 | MVMC Service Inc | | 25000 | |
| ELMSFORD | 205 | | | | N/A | | | | 25000 | |
| ELMSFORD | 301 | | | | VIN 4991 | | | | 25000 | |
| ELMSFORD | 124 | | | | VIN 6528 | | | | 25000 | |
| BUCKUS AVE BROOKLYN | | Chevy | Astro | 2004 | 1GCDM19X04B132021 | CXC8597 | Mt Vernon Money Center Corp | 152780 | | 25000 |

| Location | No. | Make | Model | Year | VIN | Plate | Company | Value1 | Value2 | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| MVMC | | Ford | Taurus | 2003 | 1FAFP55U93A275093 | DVV6563 | MVMC Service Inc | 22373 | 25000 | G3*00805946989 |
| MVMC | | Toyota | Corolla | 2006 | 2T1BR32E64C694067 | EWV9268 | MVMC Service Inc | | 25000 | |
| MVMC | | Nissan | Sentra | 2004 | 3N1CB51D74L489403 | 2812I9Z | MVMC Service Inc | | 25000 | |
| MVMC | | Dodge | Caravan | 2005 | 1D4GP23R95B193473 | 2822I9Z | MVMC Service Inc | 68129 | 25000 | |
| MVMC | | Dodge | Caravan | 2005 | 1D4GP23R15B280820 | 2823I0Z | MVMC Service Inc | 74655 | 25000 | |
| MVMC | | Chevy | Astro | 2004 | 1GCDM19X44B131549 | 2838I2Z | Mt Vernon Money Center Corp | 159495 | 25000 | |
| MVMC | | Ford | Econoline | 2005 | 1FTRE14W75HA33423 | 45135KA | District Central Station Alarm Corp | | 25000 | |
| MVMC | | Toyota | Corolla | 2006 | JTDBR32E96008465675 | 45178KA | MVMC Service Inc | | 25000 | |
| MVMC | 76 | Ford | E-350 | 1999 | 1FDWF36F5XEA10523 | 59791IN | Mt Vernon Money Center | 163500 | 25000 | |
| MVMC | 77 | Ford | E-350 | 2003 | 1FTSE34F73HA79067 | 72185IY | Mount Vernon Money Center Corp | 219863 | 25000 | *08047172298* |
| MVMC | | Ford | Explorer | 2002 | 1FMYU60IE120B24551 | DXW2017 | MVMC Service Inc | | 25000 | |
| MVMC | | Chevy | Astro | 2003 | 1GCDM19XXX3B129898 | EAC1654 | MVMC Service Inc | 202200 | 25000 | |
| MVMC | | Ford | Econoline | 2001 | 1FTNE24L31HA28191 | EDE9705 | District Central Station Alarm Corp | | 25000 | |
| MVMC | | Toyota | Yaris | 2008 | JTDBT923981283175 | ELN6699 | Mount Vernon Money Center Corp | | 25000 | |
| MVMC | | Toyota | Yaris | 2008 | JTDBT923981225230 | ELN6700 | Mount Vernon Money Center Corp | | 25000 | |
| OFF PREMISES | DUP VAN | Ford | Econoline | 2005 | 1FTRE14W55HA10500 | EPB7108 | MVMC Service Inc | | 25000 | |
| ON THE ROAD | | Ford | Focus | 2003 | 1FAFP34N95W109130 | ESF5724 | Mount Vernon Money Center Corp | 130300 | 25000 | G3*00806311160 |
| ON THE ROAD | | Dodge | Caravan | 2005 | 2D4GP44L05R476383 | EWV8374 | MVMC Service Inc | 120843 | 25000 | |
| ON THE ROAD | | Toyota | Corolla | 2006 | 2T1BR32E96C685090 | EWV9455 | MVMC Service Inc | | 25000 | |
| OFF PREMISES | | Chevy | Astro | 2003 | 1GCDM19X53B100227 | 11977KA | Mount Vernon Money Center Corp | 224005 | 25000 | *00805946992* |
| OFF PREMISES | | Chevy | Astro | 2004 | 1GCDM19X54B115814 | EFY3538 | MVMC Service Inc | 205211 | 25000 | |
| ON THE ROAD | | Ford | Econoline | 2005 | 1FTRE14W35HA41616 | 36265IS | District Central Station Alarm Corp | | 25000 | |
| ON THE ROAD | | Chevy | Avalanche | 2003 | 3BNEK13T23G189527 | CGY6031 | Mount Vernon Money Center Corp | | 25000 | |
| ON THE ROAD | | Toyota | Camry | 2003 | 4T1BE32K83U134046 | DVV2557 | MVMC Service Inc | | 25000 | |
| ON THE ROAD | | Chevy | Uplander | 2007 | 1GNDV13137D129714 | DWC9559 | District Central Station Alarm Corp | | 25000 | |
| ON THE ROAD | | Toyota | FJ Cruiser | 2007 | JTEBU11FF70044049 | EWV9267 | MVMC Service Inc | | 25000 | |
| Glens Towing | 219 | Intl | 4700 | 2003 | 1HTMMAAM23H578834 | 316203X | Armored Money Services LLC | 311317 | 25000 | |
| Pendum | 216 | Intl | 4700 | 2003 | 1HTMMAAM83H573041 | 31649JX | Armored Money Services LLC | 208284 | 25000 | |
| Pendum | 220 | Intl | 4700 | 2003 | 1HTMMAAM93H578829 | 31657IX | Armored Money Services LLC | 308741 | 25000 | |
| ELMSFORD GARAGE | 75 | Ford | E-350 | 2003 | 1FTSE34F13HA371199 | 72164IY | Mount Vernon Money Center Corp | 159986 | 25000 | G3B*00806172808* |
| CONNECTICUT | 96 | Ford | E-350 | 2003 | 1FTSE34F83HA37202 | 72186IY | Mount Vernon Money Center Corp | 293943 | 25000 | |
| Glens Towing | 212 | Intl | 4700 | 2002 | 1HTSCAAM32H407602 | 85526JX | Armored Money Services LLC | 271032 | 25000 | |
| Glens Towing | 97 | Ford | E-350 | 2003 | 1FTSE34F73HA79070 | EAB9889 | Mount Vernon Money Center Corp | 230198 | 25000 | *00805595027* |

Owned IT Hardware List

| Location | Internal Name | Description\Note | Monitor | Service Tag Number | Lease Status | Product Description |
|---|---|---|---|---|---|---|
| Elmsford | MT0V0PC0064 | AMS - Carlos R Office | yes | 1VLMWB1 | Owned | OPTIPLEX GX520 |
| Elmsford | AAC-QB | AMS Server - File and Print. 11 | yes | 7K8T441 | Owned | POWER EDGE 1750 |
| Elmsford | MT-V-PC058 | old pc AMS spare office | yes | | Owned | Acer Aspire |
| Elmsford | PAYIN | old PC - AMS receiving – Cyberkey machine | no | 1HQNF11 | Owned | Dimension 4400 |
| Elmsford | | old pc - AMS - unplugged under Carlos desk | no | | Owned | Dimention 4550 |
| Elmsford | | old pc - AMS A1 P office | yes | GK8HP21 | Owned | Dimension 4550 |
| Elmsford | MT-V-PC0022 | old pc AMS receiving supervisor desk | yes | 24GSG01 | Owned | Dimension 8100 |
| Elmsford | SAL | old pc - AMS Sal Z office | yes | | Owned | HP Compaq |
| Elmsford | | old pc - AMS upstairs Escarlet office | yes | | Owned | HP Compaq |
| Elmsford | COMPAQ-EVO-2 | old pc - AMS Walter G office | yes | | Owned | HP Compaq |
| Elmsford | MANIFEST | old pc AMS Tony D office | yes | | Owned | HP Compaq |
| Elmsford | CUO2000 | Very old NT PC for Glory phone in orders | yes | 7MGCM21 | Owned | OPTIPLES GX260 |
| Elmsford | COINROOM | AMS Coin Room - very old pc | yes | | Owned | Optiplex GX60 |
| Elmsford | CLIENT 16 | AMS Processing Booth 3 left - spare parts not working | no | | Owned | Optiplex GX60 |
| Elmsford | CLIENT 20 | AMS Processing Booth 3 left - spare parts not working | no | | Owned | Optiplex GX60 |
| Elmsford | CLIENT 12 | AMS Processing Booth 3 left - spare parts not working | no | | Owned | Optiplex GX60 |
| Elmsford | CLIENT 24 | AMS Processing Booth 4 left - very old w2000 | yes | | Owned | Optiplex GX60 |
| Elmsford | CLIENT 25 | AMS Processing Booth 4 right - very old w2000 | yes | | Owned | Optiplex GX60 |
| Elmsford | CLIENT 14 | AMS Processing Booth 7 left - very old w2000 | yes | | Owned | Optiplex GX60 |
| Elmsford | CLIENT 15 | AMS Processing Booth 7 right - very old w2000 | yes | | Owned | Optiplex GX60 |
| Elmsford | | old pc AMS upstairs Escarlet office - not used | yes | 9850P31 | Owned | Optiplex SX270 |
| Elmsford | SUPERCLIENT | old NT Server previuosly used for GLORY | no | | Owned | Powerdge 2600 |
| 75Haven | GNC-6 | ATM Warehouse PC | yes | 4F8QK91 | Owned | OPTIPLEX 620 |
| 403 | Mt-V-PC0115 | 403 Cubicle - Acct Payable – TSimms | yes | 6SB5C21 | Owened | OPTIPLEX GX260 |
| 403 | MT-V-PC0033 | 403 Cubicle - Connie | yes | F75SV71 | Owened | OPTIPLEX GX280 |
| 403 | MT-V-PC0027 | Operations Dept- Bernie McGarry old pc | yes | G85SV71 | Owened | OPTIPLEX GX280 |
| 403 | MT-V-PC0068 | Front Cubicle by kitchen - 403 | yes | GVLMWB1 | Owened | OPTIPLEX GX520 |
| 403 | MT-V-PC0067 | Tamica Cubicle - Acc Payable | yes | BVLMWB1 | Owened | OPTIPLEX GX520 |
| 403 | MT-V-PC0104 | ID System | yes | 1850P31 | Owened | OPTIPLEX SX270 |
| 403 | MT-V-PC002 | Bob Egan office - old HP pc | yes | MXD5150281 | Owened | HP DX200MT |
| 403 | MT-V-PC0052 | John Pratt - Old PC - 403 Waiting Room | no | FQHHM01 | Owened | OPTIPLEX GX150 |
| 403 | MT-V-PC0063 | Operations Dept - Eddie Ford | yes | JVC9S51 | Owened | |
| 140 | ATMVAULT11 | 140 Vault - front receiving window - right | yes | 17TMJF1 | Owned | OPTIPLEX 755 |
| 140 | ATMVAULT13 | 140 Vault - Center left side station | yes | 66B5C21 | Owned | OPTIPLEX GX260 |

| 140 | ATMVAULT4 | 140 Vault - left side booth 4 | yes | B6B5C21 | Owned | OPTIPLEX GX260 |
| 140 | ATMVAULT2 | 140 Vault - left side booth 5 | yes | J5B5C21 | Owned | OPTIPLEX GX260 |
| 140 | ATMVAULT? | 140 Vault - left side booth 8 | yes | 76B5C21 | Owned | OPTIPLEX GX260 |
| 140 | MT-V-PC0076 | 140 Vault Office #2 back desk | yes | 26B5C21 | Owned | OPTIPLEX GX260 |
| 140 | ATMVAULT 2 | 140 Vault - right side Booth 3 | yes | BYG5DD1 | Owned | OPTIPLEX 320 |
| 140 | MT-V-PC0099 | 140 Vault Office Main PC | yes | CYG5DD1 | Owned | OPTIPLEX 320 |
| 138 | ATM-RMS-NEXTRAN | ATM RMS Rack - old HP pc | no | MXD5070CT7 | Owned | |
| 138 | MT-V-PC0011 | Old pc next to 138 rack - Ana R | no | VS2305963 | Owned | |
| 138 | MTPC0023 | Hyosung RMS - RMS Rack | no | C7R8B01 | Owned | |
| 138 | MTHELPDESK18 | Helpdesk Row 1 Right side | yes | 3WLMWB1 | Owned | |
| 138 | GNCPayroll | Powerdge 2850 (138 Left Rack Bottom) | no | 5HJ6971 | Owned | |
| 138 | C2W07B1 | Old server unplugged 138 back work bench - cpc | no | C2W07B1 | Owned | |
| 138 | IVR | SkyCreek IVR PC - Linux - RMS Rack | no | 8PLMQG1 | Owned | |
| 138 | MTVHELPDESK11 | Helpdesk - Supervisor - Back desk | yes | 1WLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | MT-V-PC0028 | Donato Velez 138 Office | yes | 28SV71 | Owned | OPTIPLEX GX280 |
| 138 | DCS_DISPATCH | Rob K District Security PC | yes | 2NL8J91 | Owned | OPTIPLEX GX620 |
| 138 | MTVHELPDESK26 | Server Room Reports | no | 39S5V71 | Owned | OPTIPLEX GX280 |
| 138 | MTVHELPDESK19 | Helpdesk Manager office | yes | 3VLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | MT-V-PC0066 | Helpdesk Row 1 Left side | yes | 5VLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | MVMCBACKUPEXEC | XP Pc - Backup Exec for 75haven, 403, exchange, ID_system | no | 5WLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | MTVHELPDESK12 | Helpdesk Row 3 right side | yes | 68S5V71 | Owned | OPTIPLEX GX280 |
| 138 | MTVHELPDESK20 | Helpdesk Row 3 Middle | yes | 7VLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | MTVHELPDESK17 | Helpdesk Row 1 Middle | yes | 8VLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | PLUTO | Report Server | no | 9K8T441 | Owned | POWER EDGE 1750 |
| 138 | District2 | Tim Watson Distric Security | yes | BNL8J91 | Owned | OPTIPLEX GX620 |
| 138 | MT-V-ATM001 | Ventus RMS - Server room Yungs desk | yes | C5B5C21 | Owned | OPTIPLEX GX260 |
| 138 | | District Side Office - Next to Twatson | no | C8S5V71 | Owned | OPTIPLEX GX280 |
| 138 | MTVHELPDESK16 | HelpDesk Row3 Left side | yes | CVLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | MT-V-PC0088 | Matt Ritter PC on RMS rack | no | DB50P31 | Owned | OPTIPLEX SX270 |
| 138 | District1 | Kevin Watson - District Security (Vista) | yes | DNL8J91 | Owned | OPTIPLEX GX620 |
| 138 | MTVHELPDESK13 | Helpdesk Row 2 Middle | yes | DVLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | TritonConnect2 | Triton RMS | no | F5B5C21 | Owned | OPTIPLEX GX260 |
| 138 | MTVHELPDESK14 | Helpdesk Row 2 Left side | yes | FTLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | MT-Vista02 | Server Room Pc Neil H desk | yes | HH9SXC1 | Owned | OPTIPLEX 745 |
| 138 | MTVHELPDESK15 | Helpdesk Row 2 Right side | yes | HVLMWB1 | Owned | OPTIPLEX GX520 |
| 138 | MT-V-PC0090 | Ana PC (XP) | yes | J75SV71 | Owned | OPTIPLEX GX280 |

MMB Weapons Inventory

| Make | Model | Type (Auto/Rev) | Caliber | Serial # | Assigned to | Permit # | Licensee's Birthdate | Turned over to: |
|---|---|---|---|---|---|---|---|---|
| SSS | 229 | S/A | 40 | AK18138 | Lee, Leonard | | | |
| SW | DAO | S/A | 9MM | TBE3852 | Inventory | 2000001547 | 11/09/64 | NYPD |
| SW | DAO | S/A | 9MM | TEM1317 | NYPD Property | | | |
| SW | 5906 | S/A | 9MM | VYK3222 | Inventory | 2000004243 | 04/26/66 | NYPD |
| SW | 6906 | S/A | 9MM | TYZ9106 | Inventory | 100710693 | 01/12/66 | NYPD |
| SW | DAO | S/A | 9MM | VBA1718 | Inventory | 1999717543 | 10/09/75 | NYPD |
| SW | DAO | S/A | 9MM | TVB4661 | Inventory | 1999000362 | 01/06/44 | NYPD |
| SW | DAO | S/A | 9MM | TVD0044 | Sague, John | 100713242 | 12/23/64 | NYPD |
| SW | 5906 | S/A | 9MM | VYK8220 | Inventory | | | NYPD |
| GLC | 26 | S/A | 9MM | CMF88705 | Inventory | 1998000728 | 03/27/70 | NYPD |
| GLC | 19 | S/A | 9MM | CMY342US | Inventory | 100717990 | 01/18/71 | NYPD |
| DAO | VAV7693 | S/A | 9MM | VAV7693 | Inventory | 2000000219 | 09/17/64 | NYPD |
| SW | CS9 | S/A | 9MM | EKW2080 | Inventory | | | NYPD |
| SW | 5906 | S/A | 9MM | VYK8255 | Inventory | | | NYPD |
| SW | DAO | S/A | 9MM | TBM7817 | Inventory | | | NYPD |
| SW | 5906 | S/A | 9MM | VYK8208 | Inventory | | | NYPD |
| SW | 669 | S/A | 9MM | A855585 | Inventory | | | NYPD |
| SW | DAO | S/A | 9MM | THC6150 | Inventory | | | NYPD |
| SW | CS9 | S/A | 9MM | TDM9736 | Inventory | | | NYPD |
| SW | 6946 | S/A | 9MM | VCI5519 | Inventory | | | NYPD |
| SW | 6946 | S/A | 9MM | TFI2649 | Inventory | | | NYPD |
| SW | 6906 | S/A | 9MM | TFK2509 | Inventory | | | NYPD |
| SW | DAO | S/A | 9MM | VAF5247 | Inventory | | | NYPD |
| SW | 22 | S/A | 40 | ZW843US | Inventory | | | NYPD |
| GLC | 26 | S/A | 9MM | CRY350US | Inventory | | | NYPD |
| GLC | 19 | S/A | 9MM | CMF88US | Inventory | | | NYPD |
| GLC | 26 | S/A | 9MM | CRY353US | Inventory | | | NYPD |
| BER | 84 | S/A | 380 | D33903Y | Inventory | | | NYPD |
| SW | 6906 | S/A | 9MM | THC6337 | Stolen 3/16/93 73 PCT | | | |
| SSS | 228 | S/A | 9MM | U362203 | Stolen 3/16/93 18 PCT | | | |
| SW | 6906 | S/A | 9MM | TDA8935 | Stolen 3/16/93 10 PCT | | | |
| SW | 5906 | S/A | 9MM | TCV-4912 | Inventory | No license | | MVPD |
| SW | 5906 | S/A | 9MM | VYK-6622 | Inventory | No license | | MVPD |
| SW | 5906 | S/A | 9MM | VYK-7649 | Inventory | No license | | MVPD |
| SW | 5906 | S/A | 9MM | VYK-8207 | Inventory | No license | | MVPD |

**75 Haven Inventory**
**MVMC**
**Summary of Inventory**

| Manufacturer | | Amount |
|---|---|---|
| Tranax | $ | 67,610.50 |
| Hyosung | $ | 112,219.00 |
| Triton | $ | 237,681.61 |
| NCR | $ | 129,810.00 |
| Fujitsu | $ | 15,485.53 |
| Nextran | $ | 296,073.23 |
| Diebold | $ | 76,386.35 |
| **Total** | **$** | **935,266.22** |

MVMC
Tranax-Hyosung Parts Inventory
As of Feb 2010

| Part # | Description | Model | Stock | Purchase price | Total |
|---|---|---|---|---|---|
| 151113152 | 2K CDU | MB1500 | 2 | $1,295.00 | $ 2,590.00 |
| 151113172 | 1K CDU | MB2100 | 4 | $1,095.00 | $ 4,380.00 |
| 72865611 | Receipt Printer | MB2150 | 5 | $549.00 | $ 2,745.00 |
| 728656-10/AA | Receipt Printer | MB1500 | 2 | $595.00 | $ 1,190.00 |
| 72118001-1 | Receipt Printer | MB1700 | 2 | $397.00 | $ 794.00 |
| 27118000-1 | Receipt Printer | MB4000 | 2 | $508.00 | $ 1,016.00 |
| 728414-02/AB | CE board | MB2100 | 4 | $536.00 | $ 2,144.00 |
| 2511600005-1 | Power supply | MB1700 | 1 | $208.00 | $ 208.00 |
| 711304-01/AA | Power supply | MB1500/2100 | 15 | $250.00 | $ 3,750.00 |
| 72847402 | 4k CDU | MB1500/2100 | 5 | $1,249.00 | $ 6,245.00 |
| 72847402 | 6K CDU | MB2100 | 1 | $1,720.00 | $ 1,720.00 |
| 151160012 | 2K CDU | MB1700/4000 | 1 | $722.50 | $ 722.50 |
| 7090000022 | CE board | MB1500 | 19 | $536.00 | $ 10,184.00 |
| 574220-01/AA | Receipt Printer | MB2100 | 10 | $595.00 | $ 5,950.00 |
| 57422003/AA | Receipt Printer | MB1000 | 5 | $595.00 | $ 2,975.00 |
| 211205841 | Color Lcd | MB1500/2100 | 6 | $180.00 | $ 1,080.00 |
| 211260731 | Mono Lcd | MB1500/2100 | 3 | $273.00 | $ 819.00 |
| 211113642 | Lcd Assy. Color | MB1500/2100 | 4 | $425.00 | $ 1,700.00 |
| 211113611 | Lcd assy. Mono | MB1500/2100 | 3 | $102.00 | $ 306.00 |
| 7030000024 | Mag Card Reader | NH5050 | 4 | $366.00 | $ 1,464.00 |
| 7030000015 | Mag Card Reader | NH1800 | 2 | $104.00 | $ 208.00 |
| 241113671 | Mag Card Reader | MB1500 | 6 | $75.00 | $ 450.00 |
| 240113501 | Mag Card Reader | MB2100 | 2 | $128.00 | $ 256.00 |
| 7030000019 | Mag Card Reader | MB2500 | 3 | $150.00 | $ 450.00 |
| 201116642 | Epp KeyPad | MB1500 | 8 | $312.00 | $ 2,496.00 |
| 201150020-1 | Epp Keypad | MB1700 | 3 | $370.00 | $ 1,110.00 |
| 210250712 | Lcd Panel w/inverter | MB4000 | 2 | $320.00 | $ 640.00 |
| 7150000130 | Lcd Panel | NH1800 | 1 | $593.00 | $ 593.00 |
| 211260732 | Mono lcd Panel | MB1700 | 1 | $102.00 | $ 102.00 |
| 7128000003 | Epp Keypad | 1800/5050 | 2 | $370.00 | $ 740.00 |
| 7030000024 | Magn Dip Reader | NH5050 | 3 | $104.00 | $ 312.00 |
| 5610000072 | Lcd Panel | NH1800 | 2 | $175.00 | $ 350.00 |
| 728408-06/AA | 1K Cassette | MB1500/1000 | 6 | $399.00 | $ 2,394.00 |
| 14116006-1 | 2k Cassette | MB1700/4000 | 4 | $399.00 | $ 1,596.00 |
| 281103881 | CDU Module | MB1700/4000 | 5 | $579.00 | $ 2,895.00 |
| 161103921 | Color CE Board | MB1700 | 1 | $364.00 | $ 364.00 |
| 161160031 | Color CE Board | MB4000 | 1 | $672.00 | $ 672.00 |
| | | | | $ | 67,610.50 |

**MVMC**
**Hyosung-FI Parts Inventory**
**As of Feb 2010**

| Part # | Description | Model | Stock | Purchase price | Total |
|--------|-------------|-------|-------|---------------|-------|
| 7010000060 | 4 Cans CDU | NH 7070 | 2 | $5,500.00 | $ 11,000.00 |
| 72855633 | 4 Cans CDU | NH 7040 | 2 | $5,500.00 | $ 11,000.00 |
| N/A | Atm Camara Stand | NH 7070/ 7040 | 4 | $25.00 | $ 100.00 |
| N/A | Atm Machines | NH 7040 | 2 | $18,000.00 | $ 36,000.00 |
| 32660000632 | Card Reader Cables | NH 7070 /7040 | 4 | $5.00 | $ 20.00 |
| 32660000296 | Card Reader Cables | NH 7070 /7040 | 3 | $6.00 | $ 18.00 |
| 32660000295 | Card Reader Cables | NH 7070 /7040 | 4 | $5.00 | $ 20.00 |
| 32660000045 | Card Reader Cables | NH 7070 /7040 | 5 | $9.00 | $ 45.00 |
| 32660000649 | Card Reader Cables | NH 7070 /7040 | 4 | $4.00 | $ 16.00 |
| 32660000297 | Card Reader Cables | NH 7070 /7040 | 5 | $1.00 | $ 5.00 |
| 73100000083 | Cash Can | NH 7040 | 16 | $330.00 | $ 5,280.00 |
| 45110105 | Cassettes locks | NH 7040 | 20 | $14.00 | $ 280.00 |
| 7670000026 | CDU Control Brd | NH 7040 | 2 | $220.00 | $ 440.00 |
| 723231-70 | CDU Control Brd | NH 7070 | 3 | $240.00 | $ 720.00 |
| N/A | Depository Bins | NH 7070 /7040 | 2 | $0.00 | $ - |
| 7030000003 | Dip MCR | NH 7070 /7040 | 4 | $118.00 | $ 472.00 |
| 7030000012 | Dip MCR | NH 7070 /7040 | 1 | $110.00 | $ 110.00 |
| 72883704 | Dispenser throu | NH 7040 | 3 | $940.00 | $ 2,820.00 |
| 7100000001 | Drive Up LCD Assy | NH 9030 | 1 | $1,176.00 | $ 1,176.00 |
| N/A | Fascia Light | NH 7070 /7040 | 2 | $5.00 | $ 10.00 |
| 7170000127 | LCD ASSY- DS1300 Drive Up | NH 7030 | 1 | $1,752.00 | $ 1,752.00 |
| 566255-11 | LCD ASSY- DS1300 Hight Brite | NH 7040 | 1 | $2,184.00 | $ 2,184.00 |
| 5662000007 | 15" LCD | NH 5600 / 7600 | 1 | $577.00 | $ 577.00 |
| N/A | Misc Atms Cables | N/A | 2 | $25.00 | $ 50.00 |
| 713000015 | PC Cage | NH 7070 /7040 | 2 | $1,438.00 | $ 2,876.00 |
| 72871333 | PC Cage | NH 7070 /7040 | 1 | $1,438.00 | $ 1,438.00 |
| 7090000064 | PC Cage | NH 7070 /7040 | 1 | $1,438.00 | $ 1,438.00 |
| 7170000002 | PC Cage | NH 7070 /7040 | 1 | $1,438.00 | $ 1,438.00 |
| 56216801 | Power Supply | NH 9030 | 2 | $763.00 | $ 1,526.00 |
| 7020000025 | Receipt Printer | NH 7600 | 1 | $1,429.00 | $ 1,429.00 |
| 7020000001 | Receipt Printer | NH 7070 | 1 | $1,429.00 | $ 1,429.00 |
| 7370000226 | Reject / Retract Box | NH 7070 | 1 | $225.00 | $ 225.00 |
| 7310000157 | Reject Box | NH 7070 | 1 | $225.00 | $ 225.00 |
| 72883601 | Retract Box | NH 7040 | 4 | $225.00 | $ 900.00 |
| 7170000128 | Service LCD ASSY | N/A | 0 | $0.00 | $ - |
| 7910000051 | Touch Screen Assy | NH 7040 | 9 | $2,800.00 | $ 25,200.00 |
| N/A | UPS | N/A | 0 | $0.00 | $ - |
| | | | | | $ 112,219.00 |

MVMC
Triton Parts Inventory
As of Feb 2010

| Part # | Description | Model | Stock | Purchase price | Total |
|---|---|---|---|---|---|
| 06100-00206 | Kit Serial I/O Board Programmed RL5000XP Control Panel | RL5000XP | 7 | $463.00 | $ 3,241.00 |
| 01162-00008 | Card Reader Mag-Stripe Track 1-2 RL5000XP Control Panel | RL5000XP | 4 | $188.00 | $ 752.00 |
| 04005-00108 | Central Machine Controller (CMC 200 Only Lev. 9) Dispenser (NMD) | RL5000Xp/ FT 5000 Xp | 4 | $2,073.00 | $ 8,292.00 |
| 04005-00123 | Bundle Output Unit (BOU 200 Only Lev. 9) Dispenser (NMD) | RL5000Xp/ FT 5000 Xp | 2 | $905.00 | $ 1,810.00 |
| 04005-00060 | Power Supply NMD100 Dispenser (NMD) | RL5000Xp/ FT 5000 Xp | 1 | $1,250.00 | $ 1,250.00 |
| 04005-00065 | Bundle Carriage Unit (BCU 100,101,200) Dispenser (NMD) | RL5000Xp/ FT 5000 Xp | 2 | $1,455.00 | $ 2,910.00 |
| 04005-00499 | NFC 200 Note Feed Control Bd Dispenser (NMD) | RL5000Xp/ FT 5000 Xp | 6 | $700.00 | $ 4,200.00 |
| 03016-00008 | Keypad EPP English ZP-06.02.008 RL 5000 Xp Control Panel | RL5000XP | 2 | $577.58 | $ 1,155.16 |
| 08010-50100 | Keypad EPP English ZP-07.02.008 RL 5000 Xp Control Panel | RL5000XP | 5 | $577.58 | $ 2,887.90 |
| 06100-00075 | Cassette NMD-50 Configurable A,B,C, Or D Dispenser (NMD) | RL5000 / 9600 | 19 | $4,000.00 | $ 76,000.00 |
| 06100-00080 | Cassette NMD-100 Configurable Dispenser (NMD) | RL5000Xp/ FT 5000 Xp | 20 | $660.00 | $ 13,200.00 |
| 08010-00008 | Cassette reject NMD-100 Refurbished Dispenser (NMD) | RL5000Xp/ FT 5000 Xp | 5 | $400.00 | $ 2,000.00 |
| 06100-00605 | PC Advantech ESC-300S-TRN FT5000XP Control Panel | FT5000XP | 5 | $2,730.00 | $ 13,650.00 |
| 08010-00105 | Dispenser TDM-250 w/Cassette and Reject Refurbished Dispenser TDM | 9100 | 2 | $2,730.00 | $ 5,460.00 |
| 03110-00197 | Reject Bin With Extension Dispenser TDM | 9100 / RL2000 | 10 | $16.00 | $ 160.00 |
| 08010-01509 | Core Cassite Assy- Long A Dispenser TDM | 9100 | 6 | $167.00 | $ 1,002.00 |
| 09005-00095 | SDD 1700 Dispenser | 9600 / RL5000 | 12 | 1,175.00 | $ 14,100.00 |
| 04003-00094 | SDD 1700 Dispenser Tray | 9600 / RL5000 | 15 | $115.00 | $ 1,725.00 |
| 09005-00508 | SDD 1700 Cassette | 9600 / RL5000 | 8 | $499.00 | $ 3,992.00 |
| 01170-00044 | Modem Socket 33.6 KBPS +5V Serial Global 9100 Control Panel | 9100 | 3 | $127.00 | $ 381.00 |
| 08010-00416 | 80mm Printer RL5000 Control Panel | RL5000/RL5000XP | 20 | $450.00 | $ 9,000.00 |
| 09110-00152 | Display mono Module (9100/8100) Control Panel | 9100 | 5 | $210.00 | $ 1,050.00 |
| 06200-00012 | Main Board Color W/Cover W/O Speech W/O Modem 9100 Control Board | 9100 | 2 | $465.00 | $ 930.00 |
| 08010-06004 | Core 96XX Printer Assembly With Controller Control Panel | 9600 | 5 | $714.00 | $ 3,570.00 |
| 09105-00309 | Programmed PCB Assembly (PPA) Security Module Live RL5000 Control Panel | RL5000 | 5 | $104.00 | $ 520.00 |
| 08010-11274 | Core 91XX Printer Assembly With Controller Control Panel | 9100 | 2 | $330.00 | $ 660.00 |
| 01162-00005 | Card Reader Mag-Stripe Track 1-2 9600 Control Panel | 9600 | 3 | $188.00 | $ 564.00 |
| 01162-00005 | Card Reader Mag-Stripe Track 1-2 9100 Control Panel | 9100 | 7 | $95.00 | $ 665.00 |
| 03016-10200 | Keypad PCI EPP English ZP-07.02.008 9100 Control Panel | 9100 | 1 | $650.00 | $ 650.00 |
| 09200-00109 | 9100 Power Supply | 9100 | 2 | $158.00 | $ 316.00 |
| 08010-00116 | Mainboard w/Housing, Xscale, (RoHs) Refurbished | RL5000 Xscale | 6 | $725.00 | $ 4,350.00 |
| 08010-00006 | Core 9700 Main Board with Cover Only (Without Modem) Control Panel | 9700 | 3 | $513.00 | $ 1,539.00 |
| 04005-00026 | Frame Plastic Dispenser (NMD) | RL5000Xp/ FT 5000 Xp | 5 | $387.00 | $ 1,935.00 |
| 04005-00063 | Bundle Output Unit BOU 101 Front Feed Dispenser (NMD) | RL5000Xp/ FT 5000 Xp | 5 | $611.00 | $ 3,055.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03016-11103 | Metal SPED Assy. English w/ Arrow Keys SP-06.01.011 FT 7000 Control Panel | FT 7000 | 2 | $600.00 | $ 1,200.00 |
| 06200-00193 | 96xx English Visa EPP W/1 Meg Expansion Assy. Upgrade kit Control Panel | 9600 | 1 | $840.00 | $ 840.00 |
| 03016-10200 | Keypad PCI EPP English ZP-07.02.008 9100 Control Panel | 9100 | 2 | $650.00 | $ 1,300.00 |
| 03110-00393 | 9600 Reduced Height Fascia 9600 Control Panel | 9600 | 4 | $310.00 | $ 1,240.00 |
| 08010-06004 | Core 96XX Printer Assembly With Controller Control Panel | 9600 | 2 | $714.00 | $ 1,428.80 |
| 09600-02018 | 96xx PC Cage | 9600 | 4 | $900.00 | $ 3,600.00 |
| 08010-06016 | 96xx CPU Module Board | 9600 | 20 | $218.00 | $ 4,360.00 |
| 08010-06018 | 9600 Modem And Color LCD Controller | 9600 | 20 | $275.00 | $ 5,500.00 |
| 09600-02086 | 96xx Memory Module | 9600 | 25 | $200.00 | $ 5,000.00 |
| 09600-02031 | 96xx Memory Expantion module | 9600 | 19 | $357.00 | $ 6,783.00 |
| 09600-02019 | 96xx Power Supply | 9600 | 2 | $530.00 | $ 1,060.00 |
| 06200-00087 | RL5000 CE Docking Assy Board | RL5000 CE | 6 | $100.00 | $ 600.00 |
| 09100-00119 | 97xx Docking Assy Board PCB Assy | 9700 | 2 | $65.00 | $ 130.00 |
| 06100-00098 | Receipt Presenter Field service Kit With softwar RL5000 XP control Panel | RL5000XP | 5 | $294.00 | $ 1,470.00 |
| 09200-00033 | RL5000 Xp Power Supply Single | RL5000 Xp | 3 | $332.85 | $ 998.55 |
| 09200-00109 | RL5000 CE Power Supply | RL500 CE | 5 | $400.00 | $ 2,000.00 |
| 06100-00074 | NMD-50 Dispenser A,B,C, Or D  Dispenser (NMD) | RL5000 CE | 4 | $3,300.00 | $ 13,200.00 |
| | | | | | $237,681.61 |

MVMC
**Fujitsu Inventory**
As of Feb 2010

| PART NUMBER | 2010       DESCRIPTION | STOCK | PURCHASE PRICE | Total |
|---|---|---|---|---|
| CA50101-0410 | CRT Monitor Assm. | 3 | $650.00 | $1,950.00 |
| 7-8233 | CRT color 10" AP | 1 | $650.00 | $650.00 |
| CA51001-0300 | 8.4 Color LCD Mntor | 0 | $516.00 | $0.00 |
| CV-1053 | 10" Axihom CRT Monitor | 0 | $650.00 | $0.00 |
| CA50100-0101 | 9" SVGA Color Monitor | 0 | $750.00 | $0.00 |
| CA50101-0380 | 10" VGA Mono Plastic CRT | 2 | $750.00 | $1,500.00 |
| mcm260-2r0381 | CCR Dip Reader | 0 | $350.00 | $0.00 |
| PART 7-8147 | AP Swipe reader | 1 | $200.00 | $200.00 |
| CA02395-B001 | RECEIPT PRINTER 40 COLUM | 1 | $750.00 | $750.00 |
| 7-8321 | AP 486 Controller UnitCPU | 1 | $650.00 | $650.00 |
| CA05003-0501 | Receipt Printer Assm.7015 | 1 | $750.00 | $750.00 |
| CA02565-B011 | Receipt Printer Assm. | 2 | $425.00 | $850.00 |
| CA20211-B80X | Fuji AP Dual Roll Printer | 1 | $650.00 | $650.00 |
| CA81001-0604 | Journal Printer A/P / Lawerence | 2 | $500.00 | $1,000.00 |
| 7-7006 | AP Printhead | 0 | $170.00 | $0.00 |
| 7-8336 | Printer Throat Face | 1 | $25.00 | $25.00 |
| CA2021-B80X | AP DUAL PRINTER BRD. | 1 | $125.00 | $125.00 |
| 7-8046 | Fuji Pick Tires | 5 | $5.10 | $25.50 |
| CA02951-1822 | LAWERENCE POWER SUPPLY | 1 | $600.00 | $600.00 |
| CA02951-1822 | Power Supply  7015 | 4 | $600.00 | $2,400.00 |
| D86L-1043-0152 | Journal Printer Assm | 1 | $500.00 | $500.00 |
| CA02467-C150 | Rear Load Top Unit (LandMark) | 1 | $750.00 | $750.00 |
| 7-8135 | CPU FANS | 3 | $25.00 | $75.00 |
| ca02416-c001 | AP BDU SHUTTER | 1 | $200.00 | $200.00 |
| 7-8375 | 8000- MOP LCD | 0 | $1,050.00 | $0.00 |
| 7-8452 | 8000- GLM 10" PCB brd. | 1 | $725.00 | $725.00 |
| ca21286-b7ox | 8000 io b0ard | 1 | $500.00 | $500.00 |
| 18030. | 7015 Ribbions | 1 | 5.01 | $5.01 |
| 9-0027 | 7010 Ribbions | 1 | 5.01 | $5.01 |
| SCA02467-C400 | 7-8181 Pool Unit | 1 | 350 | $350.00 |
| CA20205-B30X | Device  Board | 1 | 75.01 | $75.01 |
| CA50601-0280 | Thermal Receipt Print8000 | 0 | 850 | $0.00 |
| CA20183-B013 | DISPENSER CONTROL BRD | 1 | $175.00 | $175.00 |
| | | | TOTAL | $15,485.53 |

MVMC
Nextran Parts Inventory
As of Feb 2010

| Part # | Description | Model | Stock | Purchase price | Total |
|---|---|---|---|---|---|
| C400111A | Card Reader (GSR-1260-S) | 4000/2000/3000 | 35 | $93.85 | $ 3,284.75 |
| C300220B | Receipt Printer (ATP80KS) | 4000/2000/3000 | 39 | $415.36 | $ 16,199.04 |
| C501220A | Receipt Printer (ATP80KS) | Xtremo | 3 | $405.21 | $ 1,215.63 |
| C100220A | Receipt Printer (ATP80KS) | 1000 | 19 | $633.00 | $ 12,027.00 |
| C400310B | Front Display Unit (10.4" LCD+LCD CRTL | 4000/3000 | 45 | $986.15 | $ 44,376.75 |
| C100300A | LCD Assy | 1000 | 9 | $565.73 | $ 5,091.57 |
| C400410A | Cash Dispenser Mechanism(N5633/1caasette) | 4000 | 0 | $2,138.46 | $ - |
| C420410A | Cash Dispenser Mechanism(N5633/2cassette) | 4200 | 8 | $2,929.23 | $ 23,433.84 |
| C400417A | Dispenser Single Pick Unit (N5633) | 4000/4200 | 3 | $446.26 | $ 1,338.78 |
| C400419A | Cassette (N5633) | 4000/4200 | 33 | $384.62 | $ 12,692.46 |
| C30E451A | Cassette (CHD_1000) | 1000/2000/3000 | 2 | $308.25 | $ 616.50 |
| C400340B | Top Bezel | 1000 | 9 | $61.33 | $ 551.97 |
| C400340A | Bottom Bezel | 1000 | 8 | $53.00 | $ 424.00 |
| C30E440A | Cash Dispenser Mechanism(CHD-1000/1Cassette | 3000E/2000 | 10 | $1,372.31 | $ 13,723.10 |
| C400448A | Cash Dispenser Mechanism(GBM2000_CHD-1 Cassette | 2000 | 4 | $1,503.08 | $ 6,012.32 |
| C400409B | NCR Enhanced Dispenser Pick Module | 4000 | 8 | $655.00 | $ 5,240.00 |
| C400449B | Chung Ho Dispenser Pick module | 4000 | 13 | $420.00 | $ 5,460.00 |
| C400510C | Main control Unit (Cel 1GHz/PCI) PC | 4000/3000 | 23 | $1,043.08 | $ 23,990.84 |
| C400520B | Multi-I/o 4port PCI- | 4000/3000 | 25 | $273.85 | $ 6,846.25 |
| C400530B | Dial Up Modem(Internal/US Robotics | 4000/3000 | 5 | $105.88 | $ 529.40 |
| C400540B | H.D.D | 4000/3000 | 15 | $135.00 | $ 2,025.00 |
| C400510B | Main Control Unit (Including Modem) | 2000 | 5 | $970.77 | $ 4,853.85 |
| C400610B | SMPS Power Supply(CH-X11S 3CII) | 4000/3000/2000 | 21 | $232.31 | $ 4,878.51 |
| C500610B | SMPS Power Supply | XTREMO | 5 | $225.00 | $ 1,125.00 |
| C300441A | Cash Dispenser Mechanism (CHD-2000/2casttes | 3000 | 8 | $1,848.75 | $ 14,790.00 |
| C300452A | Cassette Assys. LWR(CHD-2000) | 3000 | 2 | $208.25 | $ 416.50 |
| C300451A | Cassette Assys. UPR(CHD-200) | 3000 | 10 | $208.25 | $ 2,082.50 |
| C400310B | Touch Screen Assy Kit | CN3000 / 4000 | 50 | $1,190.44 | $ 59,522.00 |
| C400019C | Electonic Lock Assy | 3000/4000/2000 | 100 | $120.06 | $ 12,006.00 |
| C400449A | Chung hoo Dispense 3 Cans | 4000 | 2 | $2,375.00 | $ 4,750.00 |
| C400201A | EPP Keypad-Black | 4000 | 15 | $225.21 | $ 3,378.15 |
| C400201B | Epp Keypad-Gray | 2000/3000 | 12 | $225.21 | $ 2,702.52 |
| C300201A | Epp Keypad -Non PED | 2000/3000/4000 | 3 | $163.00 | $ 489.00 |
| | | | | $ | $ - |
| | | | | $ | $ - |
| | | | | | $296,073.23 |

| Part # | Description | Model | Stock | Purchase price | Total |
|---|---|---|---|---|---|
| 445-063-3193 | Axiohm Receipt Printer-Thermal | 5874/5885 | 5 | $ 600.00 | $ 3,000.00 |
| 189-106-2270 | Axiohm Receipt Printer-Thermal | 5670 | 11 | $ 400.00 | $ 4,400.00 |
| 445-064-5656 | 56XX/58XX Track 3 cog | 5600s/5800s | 1 | $ 600.00 | $ 600.00 |
| 009-001-8963 | Thermal Receipt Printer Silver-RS32 | 5877 | 1 | $ 650.00 | $ 650.00 |
| 009-001-7996 | Thermal Receipt Printer Gold-RS32 | 5877 | 3 | $ 650.00 | $ 1,950.00 |
| 009-000-9509 | Printer TEC Dot Matrix | 58XX/56XX | 2 | $ 400.00 | $ 800.00 |
| 009-000-8585 | Journal Printer Dot Matrix | 58XX/56XX | 1 | $ 250.00 | $ 250.00 |
| 009-000-8584 | Printer TEC Dot Matrix | 58XX/56XX | 5 | $ 400.00 | $ 2,000.00 |
| 445-066-4625 | Journal Printer Thermal SDC | 58XX/56XX | 1 | $ 400.00 | $ 400.00 |
| 009-001-8963 | Thermal Receipt Printer SDC | 58xX/56XX | 1 | $ 600.00 | $ 600.00 |
| | | | | | $ - |
| 445-064-5655 | 58XX Track 2 Motorized | 5800 | 2 | $ 400.00 | $ 800.00 |
| 445-063-0541 | 58/56XX Track 2 Motorized | 5800 | 1 | $ 400.00 | $ 400.00 |
| 445-061-6023 | Swip CCR | 56XX | 1 | $ 125.00 | $ 125.00 |
| 445-059-3971 | 56XX Track 2 Motorized | | | $ 400.00 | $ - |
| 445-063-0539 | 58XX Track 2 Motorized | | | $ 400.00 | $ - |
| 445-059-6286 | 58/56XX Track 2 Motorized | | | $ 400.00 | $ - |
| 009-001-0979 | Double head Dip Reader | | 1 | $ 225.00 | $ 225.00 |
| 445-059-6924 | Dip Reader w/ board housing | | 2 | $ 600.00 | $ 1,200.00 |
| 009-001-5758 | Dip Reader trk 1&2 | | 1 | $ 200.00 | $ 200.00 |
| | 5670 swipe Reader Assym. | | | $ 125.00 | $ - |
| | | | | | $ - |
| | | | | | $ - |
| 445-066-3220 | Dual Pick Module Dispenser | 58XX | 4 | $ 350.00 | $ 1,400.00 |
| | Single Pick Module Enhanced | 58XX | 2 | $ 175.00 | $ 350.00 |
| 445-065-1759 | Aria Pick Unit | 56XX/58XX | 7 | $ 360.00 | $ 2,520.00 |
| 445-062-7396 | Single Pick Module I.E. | 58XX | 8 | $ 175.00 | $ 1,400.00 |
| 445-062-3569 | Non TI Cash Cassette New Style | 56XX/58XX | 32 | $ 250.00 | $ 8,000.00 |
| | | | | | $ - |
| | | | | | $ - |
| 445-062-4500 | Dispenser Exit Shutter | 58XX/56XX | 2 | $ 175.00 | $ 350.00 |
| 445-060-4278 | Dispenser Exit Shutter | 58XX/56XX | 2 | $ 175.00 | $ 350.00 |
| 445-061-0451 | Dispenser Exit Shutter | 58XX/56XX | 2 | $ 175.00 | $ 350.00 |
| 445-009-2270 | Dispenser Exit Shutter | | 1 | $ 175.00 | $ 175.00 |
| 445-060-4279 | Dispenser Exit Shutter | 58XX/56XX | 2 | $ 175.00 | $ 350.00 |
| 445-063-6131 | Dispenser Exit Shutter | | 2 | $ 175.00 | $ 350.00 |
| 445-061-5620 | Dual Pick Module Enhanced | 58XX/56XX | 8 | $ 700.00 | $ 5,600.00 |
| 445-068-5149 | Dispenser Control Board | 58XX/56XX | 1 | $ 250.00 | $ 250.00 |
| 445-061-8278 | Dispenser Control Board | 58XX/56XX | 2 | $ 250.00 | $ 500.00 |
| 445-062-1123 | Dispenser Control Board | 58XX/56XX | 2 | $ 250.00 | $ 500.00 |
| 445-063-2491 | Dispenser Control Board | 58XX/56XX | 1 | $ 250.00 | $ 250.00 |
| 445-061-4481 | Dispenser Control Board | 58XX/56XX | 1 | $ 250.00 | $ 250.00 |
| 445-062-0935 | Dispenser Control Board | 58XX/56XX | 1 | $ 250.00 | $ 250.00 |

| | | | | | |
|---|---|---|---|---|---|
| 445-064-7833 | Dispenser Control Board | 58XX/56XX | 1 | $ 250.00 | $ 250.00 |
| 445-062-7874 | Dispenser Control Board | 58XX/56XX | 1 | $ 250.00 | $ 250.00 |
| | | | | | $ - |
| 445-066-8093 | Dispenser Control Board | 58XX/56XX | 2 | $ 250.00 | $ 500.00 |
| 445-071-8519 | Dispenser Control Board | 58XX/56XX | 4 | $ 250.00 | $ 1,000.00 |
| 445-065-6319 | Dispenser Control Board (Hawk) | 5633 | 2 | $ 250.00 | $ 500.00 |
| 445-067-2583 | Dispenser Control Board | 58XX/56XX | | $ 250.00 | $ - |
| 445-068-5149 | Dispenser Control Board | 58XX/56XX | | $ 250.00 | $ - |
| 445-063-0805 | Dispenser Control Board | 58XX/56XX | | $ 250.00 | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| 445-059-5200 | IE New Style Depository | 5685/5688 | 1 | $ 450.00 | $ 450.00 |
| 445-060-4232 | Depositor Control Board  PPD | 58XX/56XX | 1 | $ 175.00 | $ 175.00 |
| | Depositor Shutter Assy. | 58XX/56XX | 1 | $ 175.00 | $ 175.00 |
| | | | | | $ - |
| | | | | | $ - |
| 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 | Relay Board | 58XX/56XX | 1 | $ 50.00 | $ 50.00 |
| 445-061-7100 | I/O Board | 5670 | 1 | $ 175.00 | $ 175.00 |
| 445-061-6023 | Pick I/F Dual Board Cassette Reader | 58XX/56XX | 2 | $ 45.00 | $ 90.00 |
| 445-062-7874 | 5670 Decoupling Board | 5670 | 1 | $ 45.00 | $ 45.00 |
| 009-006-812 | Light Ballast | | 2 | $ 25.00 | $ 50.00 |
| 445-059-2810 | PCB | 58XX/56XX | 1 | $ 25.00 | $ 25.00 |
| 445-059-6173 | I/F PCB Board | | 1 | $ 25.00 | $ 25.00 |
| 445-060-3196 | Single rs 232 I/F Board | 58XX/56XX | 1 | $ 25.00 | $ 25.00 |
| 445-059-1520 | Alarm Board | 58XX/56XX | 1 | $ 95.00 | $ 95.00 |
| 445-065-3668 | NLX Board Misc. Interface | 58XX/56XX | 1 | $ 225.00 | $ 225.00 |
| 445-062-2762 | Self Service Personality Brd. | 58XX/56XX | 2 | $ 225.00 | $ 450.00 |
| 445-064-1974 | Riser Card | | 1 | $ 45.00 | $ 45.00 |
| 445-062-9221 | LPX Riser Card | 58XX/56XX | 1 | $ 45.00 | $ 45.00 |
| | | | | | $ - |
| 445-063-0122 | Processor brd 486 elsb w/ comm | 58XX/56XX | 2 | $ 450.00 | $ 900.00 |
| 445-063-6517 | Processor brd 486 elsb | 58XX/56XX | 1 | $ 450.00 | $ 450.00 |
| 445-061-5954 | Processor brd 486 elsb | 58XX/56XX | 1 | $ 450.00 | $ 450.00 |
| 445-062-8979 | Processor brd 486 elsb | 58XX/56XX | 3 | $ 450.00 | $ 1,350.00 |
| 445-060-7447 | 5675 Mother Board | 56xx | | $ 450.00 | $ - |
| 445-061-5955 | Processor Board | | | | |
| 445-065-6844 | Pele Board | | 2 | $ 450.00 | $ 900.00 |
| 445-067-1840 | Pele Board | | 2 | $ 450.00 | $ 900.00 |
| 445-068-0773 | Processor Board | | 1 | $ 450.00 | $ 450.00 |
| 009-001-7246 | Pele Board | | 1 | $ 450.00 | $ 450.00 |
| 445-063-2073 | Pele Board | | 2 | $ 450.00 | $ 900.00 |
| 445-061-8003 | Pele Board | | 4 | $ 450.00 | $ 1,800.00 |
| 445-063-0123 | Processor brd 486 elsb w/ comm | 58XX/56XX | 1 | $ 450.00 | $ 450.00 |
| 445-061-5955 | Processor brd 486 elsb | | 1 | $ 450.00 | $ 450.00 |
| | | | | | $ - |
| 445-066-5020 | Pele Cage Complete 5305 | 5305 | 1 | $ 1,200.00 | $ 1,200.00 |
| 445-067-1840 | Pele II Cage Complete | 58xx/56xx | 4 | $ 1,200.00 | $ 4,800.00 |
| 009-001-7203 | Pentium (Phantom) Cage Complete | 58xx/56xx | 2 | $ 1,200.00 | $ 2,400.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 5877 Top Rack Rails | | 2 | $ | 285.00 | $ | 570.00 |
| | | | | $ | | - |
| | Presenter front load | 5877 | 3 | $ | 1,800.00 | $ | 5,400.00 |
| 445-064-7854 | Presenter rear Load | | 1 | $ | 1,800.00 | $ | 1,800.00 |
| 445-006-4786 | Presenter front load | | 2 | $ | 1,800.00 | $ | 3,600.00 |
| 445-064-7859 | Presenter Front load | 5875/5890 | 3 | $ | 1,800.00 | $ | 5,400.00 |
| | Presenter Rear Load | 5875 | 1 | $ | 1,800.00 | $ | 1,800.00 |
| | Presenter Front load | 5877 | 4 | $ | 1,800.00 | $ | 7,200.00 |
| | Presenter | 56xx | 4 | $ | 500.00 | $ | 2,000.00 |
| | Presenter New Style | 5877 | 3 | $ | 1,800.00 | $ | 5,400.00 |
| | Presenter Old Style | 5877 | 2 | $ | 1,800.00 | $ | 3,600.00 |
| | | | | | | $ | - |
| | | | | | | $ | - |
| | | | | | | $ | - |
| 009-0009987 | Color monitor | 5670/5870 | 1 | $ | 675.00 | $ | 675.00 |
| 49-013180-a | Color monitor Universal | | 1 | $ | 600.00 | $ | 600.00 |
| 009-001-0903 | Color Monitor | | 1 | $ | 675.00 | $ | 675.00 |
| 009-001-1778 | Color Monitor | 5885 | 2 | $ | 800.00 | $ | 1,600.00 |
| | Color Monitor High Bright | 5888 | 1 | $ | 800.00 | $ | 800.00 |
| 009-001-7593 | Color Monitor | 5675 | 1 | $ | 675.00 | $ | 675.00 |
| 009-000-9633 | Mono Monitor | 5675 | 3 | $ | 675.00 | $ | 2,025.00 |
| 009-000-9632 | Color Monitor | 5675 | 1 | $ | 675.00 | $ | 675.00 |
| 009-001-7176 | High Bright Morpheus 9" CSLV | 58xx | 1 | $ | 1,300.00 | $ | 1,300.00 |
| 009-001-8696 | High Bright Monitor Morpheus | 58xx | 1 | $ | 1,300.00 | $ | 1,300.00 |
| 009-001-8695 | High Bright CSLV Morpheus 12.1" | 58xx | 1 | $ | 1,300.00 | $ | 1,300.00 |
| 009-001-1678 | Color Monitor | 568x | 1 | $ | 675.00 | $ | 675.00 |
| 009-001-8634 | High Bright Monitor | 58xx | 1 | $ | 800.00 | $ | 800.00 |
| 009-000-9987 | Color Monitor | 5670 | 11 | $ | 675.00 | $ | 7,425.00 |
| 009-001-6785 | Color Monitor | 5670 | 1 | $ | 675.00 | $ | 675.00 |
| 009-001-7553 | Color Monitor | 5675 | 3 | $ | 675.00 | $ | 2,025.00 |
| 009-001-9698 | Color Monitor | | 1 | $ | 675.00 | $ | 675.00 |
| 009-002-2519 | Color Monitor 15" | | 2 | $ | 800.00 | $ | 1,600.00 |
| 009-001-9030 | Mono Monitor | 5885 | 1 | $ | 800.00 | $ | 800.00 |
| | | | | | | $ | - |
| 009-000-9970 | Power Supply Board | 5870 | 6 | $ | 200.00 | $ | 1,200.00 |
| 009-001-0001 | Power Supply Box | 5670 | 5 | $ | 375.00 | $ | 1,875.00 |
| 006-880-0176 | Cage Power Supply | 5305/5303 | 1 | $ | 375.00 | $ | 375.00 |
| 009-002-1771 | Power Supply Brd. | 58xx/56xx | | $ | 375.00 | $ | - |
| 009-001-6713 | Power Supply Brd. | 58xx/56xx | | $ | 200.00 | $ | - |
| 009-001-7255 | Cage Power Supply | 58xx/56xx | | $ | 200.00 | $ | - |
| | | | | | | $ 129,810.00 |

MVMC
Diebold Inventory
As of Feb 2010

| PART NUMBER | DESCRIPTION | STOCK | PURCHASE PRICE | Total |
|---|---|---|---|---|
| 49-011972-000-A | Color CRT Monitor | 3 | $ 950.00 | $2,850.00 |
| 49-001318-000-A | Color CRT Monitor | 5 | $ 700.00 | $3,500.00 |
| 49-008278-000-C | ODM Rear Monitor | 4 | $ 400.00 | $1,600.00 |
| 49-018349-000 | 15" LCD Monitor Morpheus | 3 | $ 3,000.00 | $9,000.00 |
| 49-009030-0-00-M | Color CRT Monitor 1064i 9in Slider | 4 | $ 600.00 | $2,400.00 |
| 49-003735-0-00-A | Mono CRT | 3 | $ 400.00 | $1,200.00 |
| | Epson Receipt Printer Thermal | 0 | $ - | $0.00 |
| 49-007617-000-E | Epson Receipt Printer | 1 | $ 350.00 | $350.00 |
| 00-101245-0-00-A | Receipt Printer Assm IX | 0 | $ 350.00 | $0.00 |
| 00-100-957-000 | Journal Printer Assm | 1 | $ 350.00 | $350.00 |
| 00-100956-0-00-A | IX Receipt Printer Assm Epson 35 C | 3 | $ 425.00 | $1,275.00 |
| 10-100204-0-00-A | Dot Matrix Receipt Printer MDS | 2 | $ 350.00 | $700.00 |
| 00-39-000-000 | 1062ix receipt Exit Transport | 1 | $ 75.00 | $75.00 |
| 49-004989-0-A | Journal Printer Brd. | 1 | $ 150.00 | $150.00 |
| 49-012919-0-00-A | Pentium 166Mhz PCB W/Brd&Ram Cage | 2 | $ 650.00 | $1,300.00 |
| MAX40G | Maxtor Hard Drive 40 Gig | 1 | $ 50.00 | $50.00 |
| 00-101340-0-00-A | CTP Pentium 90 Cage | 0 | $ 600.00 | $0.00 |
| 00-10262-230 B | New Style G-4 Board 233 mhz | 1 | $ 600.00 | $600.00 |
| 49-0163139-000-b | G-4 Board | 4 | $ 600.00 | $2,400.00 |
| 00-101968-160-B | CTP Upgraded New | 0 | $ 600.00 | $0.00 |
| 00-105509-120A | G-5 Cage 1.2 GhZ Full Cage | 1 | $ 2,500.00 | $2,500.00 |
| 00-103001-560-A | G-5 Cage 566 Mhz | 2 | $ 1,500.00 | $3,000.00 |
| 00-103001-860-A | G-5 FULL Cage 866 Mhz | 1 | $ 1,500.00 | $1,500.00 |
| 49-006141-a | STP PCB | 1 | $ 250.00 | $250.00 |
| 100-342-G | BTP Card Cage | 2 | $ 200.00 | $400.00 |
| 00-100-202-CR | Mech CCR Assm | 3 | $ 200.00 | $600.00 |
| 39-013242-160 | ctp 166 mhz board | 1 | $ 450.00 | $450.00 |
| 39-01392-0000D | Dip Style CCR Assm | 2 | $ 125.00 | $250.00 |
| 39-007155-0-00-G | Trk 2 Swipe | 0 | $ 150.00 | $0.00 |
| 49-01044-0-00-C | Dip Reader Assm. | 1 | $ 170.00 | $170.00 |
| 49-011715-b | depository shutter | 0 | $ - | $0.00 |

| Part Number | Description | Qty | | Price |
|---|---|---|---|---|
| 00-100-200-0-00-A | Depository Unit Assm. | 2 | $ | $450.00 |
| PS179730 | Depository RIBBION | 0 | $ 8.00 | $0.00 |
| 19-035344-000-D | Customer Keypad | 0 | $ 125.00 | $0.00 |
| 001-01122-G | Stainless Steel Customer Keypad | 1 | $ 225.00 | $225.00 |
| 00-101120-000-C | Customer Keypad 4 side key | 1 | $ 125.00 | $125.00 |
| 49-010748-000-A | CCA Disp. Keyboard Membrain | 0 | $ 100.00 | $0.00 |
| 49-006172-000-F | Disp Stepper Motor | 2 | $ 75.00 | $150.00 |
| 39-006892-000-B | ECK1 Board | 4 | $ 100.00 | $400.00 |
| 49-009926-000 | ECK1 Board | 0 | $ 100.00 | $0.00 |
| fd235hF | Floppy Disk Drive | 0 | $ 20.00 | $0.00 |
| 19-019269 A | Power Supply | 1 | $ 200.00 | $200.00 |
| 19-033486-000- | Power Supply 396 Watt | 8 | $ 200.00 | $1,600.00 |
| 19-035379-000-A | Power Supply 705 Watt | 3 | $ 400.00 | $1,200.00 |
| 49-006-6330 | MMD Dual Feed Modules | 8 | $ 700.00 | $5,600.00 |
| 49-007424-0-00-C | MMD Dispensor Control Board | 11 | $ 125.00 | $1,375.00 |
| 49-017656-0-00-A | MMD Dispensor Control Board | 6 | $ 225.00 | $1,350.00 |
| 49-017656-0-00-B | MMD Surface Mound Disp Brd w/phone jack | 10 | $ 225.00 | $2,250.00 |
| 29-008482-E | Dispenser Presenter Belt | 0 | $ 11.00 | $0.00 |
| 49-008728-C | Dispenser Transport Belt | 0 | $ 8.00 | $0.00 |
| 49-008728-B | MMd Center Rib Stacker | 0 | $ 5.00 | $0.00 |
| 49-008728-B | Dispenser Transport Belt stacker | 2 | $ 10.85 | $21.70 |
| 2A-200090-0000 | Divert Cassettes | 2 | $ 200.00 | $400.00 |
| 49-009303-00-0 | MMD Feed Shaft Rollers | 4 | $ 25.00 | $100.00 |
| 49-0007835-000-E | MMD Stacker Unit | 3 | $ 175.00 | $525.00 |
| 49-007836-0-00-B | MMD Presenter Unit | 4 | $ 325.00 | $1,300.00 |
| 49-007828-B | MMD Push Plate | 1 | $ 25.00 | $25.00 |
| 39-006-79000-a | MMD Stacker Motor 24V | 4 | $ 50.00 | $200.00 |
| 39-008756-0 | MMD Fenders | 0 | $ 3.82 | $0.00 |
| 39-055631-C | MMD Stripper Wheels | 0 | $ 4.95 | $0.00 |
| 39-005631-B | MMD Take-up Wheel | 0 | $ 4.95 | $0.00 |
| 29-010629 -A | MMD Pin Opener | 8 | $ 4.95 | $39.60 |
| 39-01392000-d | DIP CARD READER | 6 | $ 200.00 | $1,200.00 |
| 39-013718 | Video Card ATI | 2 | $ 275.00 | $550.00 |
| 39-0000-0000 | CSP 200 AUX POWER SUPPLY | 7 | $ 250.00 | $1,750.00 |
| 49-017656-0-00-D | MMD Dispensor Control Board | 3 | $ 225.00 | $675.00 |
| 3C905C-TXM | PCB Etherlink Card (THIS IS THE ONE) | 0 | $ 55.00 | $0.00 |
| 3C509B-TPO | PCB Etherlink Card | 0 | $ 55.00 | $0.00 |

| 34L1599 | PCI Adapter 2 Etherlink card | 0 | $ | 55.01 | $0.00 |
|---|---|---|---|---|---|
| 00-103084 APOB | EPP Large Format Keypad | 5 | $ | 1,791.01 | $8,955.05 |
| 40-000-000 | CSP POWER SUPPLY | 2 | $ | 400.00 | $800.00 |
| 19-000-000 | CSP 200 MAIN BOARD | 13 | $ | 500.00 | $6,500.00 |
| 39-000-000-1 | CSP 200 3 DES KEYPAD | 5 | $ | 250.00 | $1,250.00 |
| 008-007-827 | RISER CARD BOARD | 2 | $ | 125.00 | $250.00 |
| | | | | | $76,386.35 |

**EXHIBIT B**
**[EXPENSE BUDGET**

**Mount Vernon Money Center Labor & Expense Budget**
*dated 4/12/10*

Week 1
| | | |
|---|---|---|
| 2 Consultants | $ | 4,200.00 |
| 1 Assistant | $ | 700.00 |
| 2 Workers 7 days a week | $ | 1,120.00 |
| Attorney Fees | $ | 25,000.00 |

Week 2
| | | |
|---|---|---|
| 2 Consultants | $ | 4,200.00 |
| 1 Assistant | $ | 700.00 |
| 2 Workers 7 days a week | $ | 1,120.00 |

Week 3
| | | |
|---|---|---|
| 1 Consiltant | $ | 2,200.00 |
| 1 Assistant | $ | 700.00 |
| 2 Workers 5 days a week | $ | 900.00 |

Week 4
| | | |
|---|---|---|
| 1 Consultant | $ | 2,200.00 |
| 1 Assistant | $ | 700.00 |
| 1 Worker 7 days a week | $ | 630.00 |

Week 5
| | | |
|---|---|---|
| 1 Consultant | $ | 2,200.00 |
| 1 Assistant | $ | 700.00 |
| 1 Worker 7 days a week | $ | 630.00 |

Week 6
| | | |
|---|---|---|
| 1 Consultant | $ | 2,200.00 |
| 1 Assistant | $ | 700.00 |
| 1 Worker 6 days a week | $ | 490.00 |

Additional Expenses- Non Weekly
| | | |
|---|---|---|
| Auction Costs | $ | 4,300.00 |
| Advertising | $ | 10,560.00 |
| Supplies, Signs, Banners | $ | 1,350.00 |
| Consultant Travel | $ | 2,000.00 |

| **TOTAL EXPENSES** | $ | **69,500.00** |
|---|---|---|

## EXHIBIT C
## SALE GUIDELINES

The following procedures shall apply to going out of business, bankruptcy liquidation, auction or similar themed sale (collectively, the "Sale") to be held at the Company Locations[1]:

1.   The Sale shall be conducted so that the Company Locations are to remain open no longer than the normal hours of operation provided for in the respective leases for the Company Locations.

2.   All display and hanging signs used by the Company and the Consultant in connection with Sale shall be professionally produced and all hanging signs shall be hung in a professional manner. The Company and the Consultant may advertise the Sale as a "going out of business", "bankruptcy liquidation", "auction" or similar theme sale at the Company Locations as provided by the Agreement. The Company and the Consultant shall not use neon or day-glo signs. Nothing contained herein shall be construed to create or impose upon the Company and the Consultant any additional restrictions not contained in the applicable lease. In addition, the Company and the Consultant shall be permitted to utilize exterior banners; provided, however, that such banners shall be located or hung so as to make clear that the Sale is being conducted only at the affected Company Location and shall not be wider than the storefront of the Company Location. In addition, the Company and the Consultant shall be permitted to utilize sign walkers and customary street signage.

3.   Conspicuous signs shall be posted in each Company Location to the effect that all sales are "final" and that customers with any questions or complaints subsequent to the conclusion of the Sale may contact a named representative of the Company or the Consultant at a specified telephone number.

4.   The Consultant shall not distribute handbills, leaflets or other written materials to customers outside of any of the Company Locations, unless permitted by the applicable lease or, if distribution is customary in the shopping center in which the Company Location is located. Otherwise, the Consultant may solicit customers in the Company Locations themselves. The Consultant shall not use any flashing lights or amplified sound to advertise the Sale or solicit customers, except as permitted under the applicable lease or agreed to by the landlord.

5.   At the conclusion of the Sale, the Consultant shall have the right to abandon in place, Liquidation Assets (collectively, the "Abandoned Property") and shall have no obligation with respect to the premises of the Company Locations. Any Abandoned Property left in a Company Location after a lease is rejected shall be deemed abandoned with the landlord having the right to dispose of the same as the landlord chooses without any liability whatsoever on the part of the landlord and without waiver of any damage claims in the Bankruptcy Cases. Consultant shall only be responsible to remove any trash created by Consultant and shall have no responsibility to deliver the Company Locations in "broom clean" condition. Except to remove any trash created by Consultant,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Consulting Agreement For Liquidation Of Assets.

1

Consultant shall have no liability to the Company, landlord or any third party with respect to Abandoned Property or the premises of the Company Locations.

6.    Landlords will be provided with the name and telephone number of a representative of the Company and the Consultant to notify of any problem arising during the Sale.

7.    The Consultant shall not make any alterations to interior or exterior Company Location lighting. The hanging of exterior banners or other signage shall not constitute an alteration to a Company Location.

8.    At the conclusion of the Sale at each Company Location, pending assumption or rejection of applicable leases, the landlords of the Company Locations shall have reasonable access to the Company Location premises as set forth in the applicable leases. The Company, the Consultant and their agents and representatives shall continue to have exclusive and unfettered access to the Company Locations.

9.    Post-petition rents during the term of the Sale at the Company Locations shall be paid and other lease obligations shall be performed by the Company as required by the Bankruptcy Code until the rejection or assumption and assignment of each lease.

10.   The rights of the landlords for any damages to the Company Locations shall be reserved in accordance with the applicable leases.

11.   The Company and/or the Consultant may conduct one or more auctions of Liquidation Assets from the Company Locations.

{00076849.DOC; 6}