UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                  :       Chapter 11
                                                        :
                                                        :       Case No. 10-23053 (RDD)
**MOUNT VERNON MONETARY**                               :
**MANAGEMENT CORP.,** *et al.*,[1]                      :       (Jointly Administered)
                                                        :
                        **Debtors.**                    :
                                                        :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                    ) ss
COUNTY OF KING            )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On November 2, 2010, at the direction of Greenberg Traurig, LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties set forth on Exhibit A (Master Service List, Notice of Appearance Parties and All Entities Known to Have Expressed a Bona Fide Interest in Acquiring the Purchased Assets of Montgomery Check Cashing Corp.):

---

[1] The Debtors are: 1540 Roosevelt Avenue, LLC; 185 LLC; 415 Huguenot LLC; 44 N. Saw Mill, LLC; American Armored Car, Ltd.; Annex Corp.; Armored Money Services, LLC; ATM Management, LLC; Barron ATM Corp.; Crystal Public Communications, Inc.; District Central Station Alarm Corp.; District Central Alarm Service Corp.; District Security Services, LLC; EZ-KI Realty Corp.; EZ-RI Realty Corp.; GNC Payroll Plus, Inc.; GT Public Services, Inc. (f/k/a Public Access Networks Services Inc.); Manhattan Money Branch.com, Inc.; Michelle Corp.; MKey, LLC; Money Kiosk Corp.; Montgomery Check Cashing Corp.; Mount Vernon Monetary Management Corp.; Mount Vernon Money Center Corp. (a/k/a MVMC Corp.); M.V.M.C. Service Station, Inc.; MVMC Holding Corp.; MVMC Service, Inc.; MVMM Corp.; NowCash, Ltd.; Quick Cash, LLC; Time Square Payment Center, Inc.; Vet's ATM Corp.; and Zipes Equities, Ltd.

1

- **Notice of (I) No Auction and (II) Debtors' Intent to Assume and Assign Non-Residential Real Property Leases in Connection with the Sale of Assets of Montgomery Check Cashing Corp.** [Docket No. 316].

Signed in Seattle, Washington this  　　　/s/ Danielle Zahaba
3rd day of November, 2010.  　　　　　　DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 3rd day of November, 2010.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| 1ST HG ENTERPRISES<br>7 JOURNAL SQUARE<br>JERSEY CITY, NJ 07306 | 75 HAVEN AVE LLC<br>STANLEY PEIMER<br>10 TAVANO RD<br>OSSINING, NY 10562 |
| 755-757 BERGEN AVE CORP<br>MARIA KIM<br>1 CROSSGATE RD<br>JERSEY CITY, NJ 07305 | 755-757 BERGEN AVE CORP.<br>755 BERGEN AVENUE<br>JERSEY CITY, NJ 07306 |
| AMALGAMATED LIFE INSURANCE COMPANY<br>ATT: DAVID C. SAPP, ESQ.<br>333 WESTCHESTER AVENUE<br>NORTH BUILDING, SECOND FLOOR<br>WHITE PLAINS, NY 10604-2910 | ARNSTEIN & LEHR, LLP<br>BRUCE BALONICK<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 |
| AT&T<br>PO BOX 105068<br>ATLANTA, GA 30348-5068 | AT&T<br>PO BOX 8110<br>AURORA, IL 60507-8110 |
| ATM ADVANTAGE<br>ATTN: BIL DERISPINO<br>427 ROSE LANE<br>ROCKVILLE CENTER, NY 11570 | BELKIN BURDEN WEING & GOLDMAN, LLP<br>ATTN WILLIAM M. RIFKIN, ESQ.<br>ATTY FOR HUDSON VALLEY BANK<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 |
| BLACK MCCUSKEY SOUERS & ARBAUGH<br>ATTN: CHRYSANTHE E. VASSILES, ESQ.<br>ATTY FOR DIEBOLD INCORPORATED<br>220 MARKET AVENUE SOUTH STE 1000<br>CANTON, OH 44702 | BOARD OF WATER SUPPLY<br>BOX 271<br>MT VERNON, NY 10551-0271 |
| BOROUGH OF CARTERET<br>20 COOKE AVE<br>CARTERET, NJ 07008 | BRACEWELL & GUILIANI<br>ILIA O'HEARN<br>COUNSEL TO WEBSTER<br>225 ASYLUM STREET, SUITE 200<br>HARTFORD, CT 06103-1516 |
| BRAFMAN & ASSOCIATES<br>COUNSEL TO ROBERT EGAN<br>MARC AGNIFILO<br>767 THIRD AVE., 26TH FLOOR<br>NEW YORK, NY 10017 | BROADVIEW NETWORKS<br>PO BOX 9242<br>UNIONDALE, NY 11555-9242 |
| BW PARTNERS<br>18 CARLTON AVE<br>YONKERS, NY 10710 | C H MARTIN<br>ATTN HARVEY GOLDMAN<br>2026 INDUSTRIAL AVE FLR 2<br>FAIRVIEW, NJ 07022 |
| CABLEVISION<br>PO BOX 9256<br>CHELSEA, MA 02150-9256 | CALFEE, HALTER & GRISWOLD LLP<br>ATT: J.ROBERTSON & T.PATTON<br>ATTY FOR NYCB<br>800 SUPERIOR AVENUE, SUITE 1400<br>CLEVELAND, OH 44114 |

| | |
|---|---|
| CAPITAL ONE BANK<br>151 RODEO DR<br>BRONX, NY 10046 | CAPITAL ONE BANK<br>PO BOX 85147<br>RICHMOND, VA 23276 |
| CARCO REALTY<br>ATTN: JAMES CARREA<br>27A NEPPERHAN AVE<br>ELMSFORD, NY 10523 | CASH FAST INC.<br>ATTN: DOMINICK PUCILLO<br>17 AVENUE A<br>NEWARK, NJ 07114 |
| CHAPEL & ASSOCIATES, LLC<br>ATTN ALAN CHAPELL<br>CIPP, AS CONSUMER PRIVACY OMBUDSMAN<br>297 DRIGGS AVENUE, SUITE 3A<br>BROOKLYN, NY 11222 | CITIBANK<br>895 PELHAM PKWY<br>PELHAM, NY 10803 |
| CITIBANK<br>PO BOX 286<br>BROOKLYN, NY 10602 | CITIBANK MASTER CHARGE<br>895 PELHAM PKWY<br>PELHAM, NY 10803 |
| CITIBANK N A<br>330 MADISON AVE LOWER LEVEL<br>NEW YORK, NY 10017 | CITIBANK N A<br>ATTN: CUSTOMER SERVICE DEPT.<br>PO BOX 6500<br>SIOUX FALLS, SD 57117 |
| CITY CHECK CASHING<br>ATTN: ALLAN UDELL<br>400 SIP AVENUE<br>JERSEY CITY, NJ 07306 | CITY OF MT VERNON: CITY SCHOOL SERVICES<br>PROCESSING CENTER<br>MAUREEN WALKER<br>PO BOX 1006<br>MT VERNON, NY 10553 |
| COHEN TAUBER SPIEVACK & WAGNER P.C.<br>ATTN: ROBERT A. BOGHOSIAN<br>COUNSEL FOR JG RESOURCES<br>420 LEXINGTON AVE., SUITE 2400<br>NEW YORK, NY 10170 | COMMUNITY CHECK CASHING<br>ATTN: NICK FIORILLO<br>306 W. SYLVANIA AVE<br>NEPTUNE CITY, NJ 07753 |
| CON EDISON<br>ATTN: GAIL DAKERS<br>4 IRVING PL, RM 1875S<br>NEW YORK, NY 10003 | CONNECTICUT LIGHT & POWER<br>PO BOX 150493<br>HARTFORD, CT 06115-0493 |
| CONNECTICUT NATURAL GAS CORP<br>PO BOX 1085<br>AUGUSTA, ME 04332-1085 | CULLEN AND DYKMAN, LLP<br>ATTN: MATTHEW G. ROSEMAN, ESQ.<br>ATTY FOR INTERESTED UNDERWRITERS<br>100 QUENTIN ROOSEVELT BOULEVARD<br>GARDEN CITY, NY 11530 |
| DANIEL SMIRLOCK, ESQ.<br>DEPUTY COMMISSIONER AND COUNSEL<br>ATTY FOR STATE OF NY, DEPT OF TAXATION<br>AND FINANCE BY JACQUELINE AUERBACH, ESQ.<br>DISTRICT ATTORNEY- 1740 BROADWAY 16TH FL<br>NEW YORK, NY 10019 | DELBELLO DONNELLAN WEINGARTEN WISE & W<br>ATT: FRANK J. HAUPEL<br>ATTY FOR MAHOPAC NATIONAL BANK<br>ONE NORTH LEXINGTON AVENUE<br>WHITE PLAINS, NY 10601 |

| | |
|---|---|
| DEORCHIS & PARTNERS, LLP<br>ATTN: V.DEORCHIS & O.DUPONT<br>ATTY FOR ZIM AMERICAN INTEGRATED S S<br>61 BROADWAY, 19TH FLOOR<br>NEW YORK, NY 10006-2802 | EDDIE LYMAN<br>30 CARDOZA AVE<br>MOHEGAN LAKE, NY 10547 |
| EMIGRANT MORTGAGE COMPANY<br>ATTN: JULIE FARRAR, 7TH FLOOR<br>5 E 42ND ST<br>NEW YORK, NY 10017 | ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>NEW YORK, NY 10007-1866 |
| GARDEN STATE CHECK CASHING<br>ATTN: RICHARD KLEIN<br>359 LONG AVENUE<br>HILLSIDE, NJ 07205 | GARFUNKEL WILD, P.C.<br>ATTN: BURTON S. WESTON, ESQ.<br>ATTY FOR KNOWN LITIGATION HOLDINGS, LLC<br>111 GREAT NECK ROAD - 5TH FLOOR<br>GREAT NECK, NY 11021 |
| GIBSON & DUNN, LLP<br>ALEX SOUTHWELL<br>COUNSEL TO MONEYGRAM<br>200 PARK AVENUE<br>NEW YORK, NY 10166-0193 | GRANITE TELECOMMUNICATIONS<br>100 NEWPORT AVE EXT<br>ATTN: COLLECTIONS DEPT.<br>QUINCY, MA 02171 |
| GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA<br>ATTN: PHILIP BOHL, ESQ.<br>ATTY FOR MONEYGRAM PAYMENT SYSTEMS, INC<br>500 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402 | GREENBERG TRAURIG LLP<br>ATTN: ALLEN G. KADISH ESQ<br>200 PARK AVE<br>NEW YORK, NY 10166 |
| HAHN & HESSEN LLP<br>ATTN: MARK POWER & STEVEN MADELSBERG,ESQ<br>ATTY FOR ADP FEDERAL CREDIT UNION<br>488 MADISON AVENUE, 15TH FLOOR<br>NEW YORK, NY 10022 | HERRICK FEINSTEIN LLP<br>ATTN: PAUL RUBIN & DAVID ROSENFIELD<br>ATTY FOR CASHZONE CHECK CASHING CORP.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| HOGAN LOVELLS US LLP<br>ATTN: R.KELLER & C.DONOHO III, ESQ.<br>ATTY FOR WEBSTER BANK, N.A.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | IDEARC MEDIA LLC<br>ATTN: ACCTS RECEIVABLE<br>PO BOX 619009<br>DALLAS, TX 75261-9009 |
| INTERNAL REVENUE SERVICE<br>ATTN: DISTRICT DIRECTOR<br>290 BROADWAY<br>NEW YORK, NY 10007 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY SECTION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 |
| IRON MOUNTAIN INFO MANAGEMENT, INC.<br>745 ATLANTIC AVENUE<br>BOSTON, MA 02111 | J P MORGAN CHASE<br>450 W 33RD ST<br>NEW YORK, NY 10001 |
| J P MORGAN CHASE & COMPANY<br>106 CORPORATE PARK DR<br>WEST HARRISON, NY 10604 | JASPAN SCHLESINGER LLP<br>ATTN: HALE YAZICIOGLU, ESQ.<br>ATTY FOR SULTANA DISTRIBUTION SERVICES<br>300 GARDEN CITY PLAZA<br>GARDEN CITY, NY 11530 |

| | |
|---|---|
| JG RESOURCES, LLC<br>ATTN: JIM GRIMWADE<br>6619 SOUTH DIVISION AVE<br>GRAND RAPIDS, MI 49548 | JP MORGAN CHASE<br>2100 BARTOW AVE<br>BRONX, NY 10475 |
| JP MORGAN CHASE BANK N A<br>2906 ATLANTIC AVE<br>PO BOX 300<br>HOUSTON, TX 77252-9968 | KAPLAN, MASSAMILLO & ANDREWS, LLC<br>ATTN: LAWRENCE MENTZ, ESQ.<br>ATTY FOR DIG EH HOTEL LLC<br>D/B/A JUMEIRAH ESSEX HOUSE<br>70 EAST 55TH STREET - 25TH FLOOR<br>NEW YORK, NY 10022-0000 |
| KENT, BEATTY & GORDON, LLP<br>ATTN: MICHAEL B. KENT, ESQ.<br>ATTY FOR SULTANA DISTRIBUTION SERVICES<br>425 PARK AVENUE<br>NEW YORK, NY 10022 | KILPATRICK STOCKTON LLP<br>ATT: P. ROSENBLATT & J.FULLER<br>ATTY FOR DELTA COMMUNITY CREDIT UNION<br>1100 PEACHTREE STREET, SUITE 2800<br>ATLANTA, GA 30309-4530 |
| KIMM LAW FIRM<br>ATTN: MICHAEL S. KIMM, ESQ.<br>ATTY FOR CREDITORS<br>41 W BANCKER STREET<br>ENGLEWOOD, NJ 07631 | KNUCKLES, KOMOSINSKI & ELLIOTT, LLP<br>ATTN: WENDY M. WEATHERS, ESQ.<br>ATTY FOR EMIGRANT FUNDING CORPORATION<br>565 TAXTER ROAD, SUITE 590<br>ELMSFORD, NY 10523 |
| KPMG CORPORATE FINANCE LLC<br>1305 WALT WHITMAN ROAD<br>SUITE 200<br>MELVILLE, NY 11747-4302 | KPMG CORPORATE FINANCE LLC<br>ATTN: HAROLD BORDWIN<br>345 PARK AVENUE<br>NEW YORK, NY 10154-0102 |
| KRAEMER BURNS MYTELKA LOVELL & KULKA, PA<br>ATTN TIMOTHY S HARTY & DIANE STOLBACH<br>675 MORRIS AVENUE<br>SPRINGFIELD, NJ 07081 | KRAEMER, BURNS, MYTELKA<br>675 MORRIS AVENUE<br>SPRINGFIELD, NJ 07081 |
| LANKLER & CARRAGHER LLP<br>ATTN: OWEN B. CARRAGHER, JR. ESQ.<br>CO-COUNSEL FOR INTERESTED UNDERWRITERS<br>845 THIRD AVENUE<br>NEW YORK, NY 10022 | LANKLER SIFFERT & WOHL, LLP<br>DANIEL M. GITNER<br>COUNSEL TO OMNEX GROUP<br>500 FIFTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10110 |
| LOWENSTEIN SANDLER PC<br>ATTN: S. TEELE & C. PORTER, ESQ.<br>ATTY FOR OFCL. COMMITTEE OF UNSEC. CRED.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | LOWENSTEIN SANDLER PC<br>COUNSEL TO THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS<br>1251 AVENUE OF THE AMERICAS, 18TH FL.<br>NEW YORK, NY 10023 |
| MAYOR CLIFFORD YOUNG<br>CITY HALL<br>1 ROOSEVELT SQ<br>MOUNT VERNON, NY 10550 | MAYOR DANIEL J. REIMAN<br>BOROUGH OF CARTERET<br>MEMORIAL MUNICIPAL BLDG<br>61 COOK AVE<br>CARTERET, NJ 07008 |
| MAYOR ROBERT WILLIAMS<br>15 S STONE AVE<br>ELMSFORD, NY 10523 | MAYOR SYDNEY T. SCHULMAN<br>BLOOMFIELD TOWN HALL<br>800 BLOOMFIELD AVE<br>BLOOMFIELD, CT 06002 |

| | |
|---|---|
| METROPOLITAN TELECOMMUNICATION<br>PO BOX 9660<br>MANCHESTER, NH 03108-9660 | MITCHELL POLLACK & ASSOCIATES PLLC<br>ATT: DENISE SINGH-SKEETE, ESQ.<br>ATTY FOR NE ALLIANCE FED. CREDIT UNION<br>150 WHITE PLAINS ROAD<br>TARRYTOWN, NY 10591 |
| MORRISON & FORESTER LLP<br>ATT: RONALD WHITE & LORENZO MARINUZZI<br>ATTY FOR ELAN FINANCIAL SERVICES<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104-0050 | MOUNT VERNON MONETARY MANAGEMENT CORP<br>C/O FTI CONSULTING<br>ATTN: ALLEN D. APPLBAUM<br>THREE TIMES SQUARE<br>NEW YORK, NY 10036 |
| MVMC - WACHOVIA EASTCHESTER TX<br>12 E 49TH ST<br>NEW YORK, NY 10017 | MVMC - WACHOVIA MAMARONECK<br>50 MAIN ST<br>WHITE PLAINS, NY 10553 |
| MVMC - WACHOVIA NYACK<br>50 MAIN ST<br>WHITE PLAINS, NY 10553 | MVMC - WACHOVIA PORT CHESTER<br>6000 ATRIUM WAY<br>MOUNT LAUREL, NJ 08054 |
| MVMC WACHOVIA METERS<br>50 MAIN ST<br>WHITE PLAINS, NY 10553 | MVMC WACHOVIA NEW ROC<br>50 MAIN ST<br>WHITE PLAINS, NY 10553 |
| NEW JERSEY COMMUNITY FINANCIAL<br>560 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 | NJ COMMUNITY FINANCIAL<br>ATTN: LARRY SLONINA<br>425 HUEHL ROAD, BLDG #3<br>NORTHBROOK, IL 60062 |
| NJ DEPARTMENT OF BANKING AND INSURANCE<br>CHECK CASHING DIVISION<br>20 WEST STATE STREET<br>PO BOX 325<br>TRENTON, NJ 08625 | NY SALES TAX PROCESSING<br>PO BOX 15168<br>ALBANY, NY 12212 |
| NYC HEALTH AND HOSPITALS CORPORATION<br>C/O ALAN H. KLEINMAN, NYC LAW DEPARTMENT<br>100 CHURCH STREET, ROOM 20-100<br>NEW YORK, NY 10007 | NYC HEALTH AND HOSPITALS CORPORATION<br>c/o MICHAEL A. CARDOZO<br>CORPORATION COUNSEL OF THE CITY OF NY<br>ATTORNEY FOR PLAINTIFF<br>100 CHURCH STREET, ROOM 20-100<br>NEW YORK, NY 10007 |
| OFFICE OF THE ATTORNEY GENERAL<br>STATE OF CONNECTICUT<br>STATE CAPITOL, ROOM 304<br>210 CAPITOL AVE.<br>HARTFORD, CT 06106 | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF NEW JERSEY<br>JUSTICE COMPLEX<br>P.O.BOX 080<br>TRENTON, NJ 08625 |
| OFFICE OF THE ATTORNEY GENERAL<br>STATE OF NEW YORK<br>ANDREW M. CUOMO<br>120 BROADWAY<br>NEW YORK, NY 10271-0332 | OFFICE OF THE UNITED STATES ATTORNEY<br>ATTN: ANTONIA APPS, ESQ<br>ONE ST ANDREWS PLAZA<br>NEW YORK, NY 10007 |

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: DIANA G ADAMS ESQ<br>33 WHITEHALL ST<br>21ST FL<br>NEW YORK, NY 10004 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: ELISABETTA G. GASPARINI, ESQ.<br>COUNSEL TO US TRUSTEE<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 |
| ONE COMMUNICATIONS CORP<br>PO BOX 415721<br>BOSTON, MA 02241-5721 | OXMAN TULIS KIRKPATRICK WHYATT & GEIGER<br>ATTN: MARK S.TULIS, ESQ.<br>ATTY FOR STANLEY L & SONDRA PEIMER<br>120 BLOOMINGDALE ROAD, SUITE 100<br>WHITE PLAINS, NY 10605 |
| PATTISON & FLANNERY<br>ATTN: THOMAS R. PATTISON, ESQ.<br>ATTY FOR CARVER FEDERAL SAVINGS BANK<br>427 BEDFOR RD STE 180<br>PLEASANTVILLE, NY 10570-3048 | PATTISON & FLANNERY<br>c/o CARVER FEDERAL SAVINGS BANK<br>75 WEST 125TH STREET<br>NEW YORK, NY 10027 |
| PROMENET INC<br>42 BROADWAY 16TH FLR<br>NEW YORK, NY 10004 | PSE&G<br>PO BOX 14106<br>NEW BRUNSWICK, NJ 08906-4106 |
| PSE&G CO<br>PO BOX 14444<br>NEW BRUNSWICK, NJ 08906 | REICH REICH & RECIH, P.C.<br>ATTN: LAWRENCE R. REICH<br>ATTY FOR ACTORS FEDERAL CREDIT UNION<br>235 MAIN STREET, SUITE 450<br>WHITE PLAINS, NY 10601 |
| ROBERT AND IRIS EGAN<br>16 GUARD HILL RD<br>MT KISCO, NY 10549 | ROBERT HOBE<br>1729 SW THORNBERRY CIR<br>PALM CITY, FL 34990 |
| SECURITIES AND EXCHANGE COMMISSION<br>MARY L SHAPIRO<br>100 F ST NE<br>WASHINGTON, DC 20549-2000 | SIGNATURE BANK<br>565 5TH AVE<br>NEW YORK, NY 10017 |
| SODEXO, INC.<br>C/O ANTOINETTE YOUNG, ESQ.<br>9801 WASHINGTONIAN BLVD, 12TH FL.<br>GAITHERSBURG, MD 20878 | SPRINT<br>PO BOX 4181<br>CAROL STREAM, IL 60197-4181 |
| STATE OF CONNECTICUT<br>DEPT OF REVENUE SERVICES<br>25 SIGOURNEY ST<br>HARTFORD, CT 06106 | STATE OF NEW JERSEY<br>NEW JERSEY DIVISION OF TAXATION<br>INFORMATION AND PUBLICATIONS BRANCH<br>PO BOX 281<br>TRENTON, NJ 08695-0281 |
| TAXATION AND FINANCE DEPARTMENT<br>TCC CORPORATION TAX UNIT<br>W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12227 | THE GARDEN CITY GROUP, INC<br>ATTN: EAMON MASON<br>105 MAXESS RD<br>MELVILLE, NY 11747 |

| | |
|---|---|
| THE GARDEN CITY GROUP, INC<br>ATTN: ISABEL BAUMGARTEN, ESQ.<br>105 MAXESS RD<br>MELVILLE, NY 11747-3489 | TOWN OF GREENBROUGH: SCHOOL<br>GREENBROUGH RECEIVER OF TAXES<br>177 HILLSIDE AVE<br>GREENBROUGH, NY 10607 |
| VENTUS NETWORKS<br>10 NORDEN PL MAILBOX # 8<br>NORWALK, CT 06853 | VERIZON<br>ATTN: SHERRY MOSLEY<br>PO BOX 15124<br>ALBANY, NY 12212-5124 |
| VILLAGE OF ELMSFORD<br>ATTN: DAN POZIN<br>15 S STONE AVE<br>ELMSFORD, NY 10523 | WACHOVIA<br>50 MAIN ST<br>WHITE PLAINS, NY 10606 |
| WACHOVIA (EASTCHESTER TAX)<br>50 MAIN ST<br>WHITE PLAINS, NY 10606 | WACHOVIA (PORT CHESTER COINBANK)<br>50 MAIN ST - MEZZANINE<br>WHITE PLAINS, NY 10606 |
| WACHOVIA BANK<br>ATTN: MELINDA/NEAL CATERA<br>2 W MADISON AVE<br>DUMONT, NJ 07628 | WACHOVIA BANK (CROTON)<br>50 MAIN ST<br>WHITE PLAINS, NY 10606 |
| WACHOVIA BANK (EASTCHESTER)<br>50 MAIN ST<br>WHITE PLAINS, NY 10606 | WACHOVIA BANK (FLOWER HILL)<br>12 E 49TH ST<br>20TH FLR<br>NEW YORK, NY 10017 |
| WACHOVIA BANK (GREAT NECK)<br>58 S SERVICE RD<br>MELVILLE, NY 11747 | WACHOVIA BANK (MAMARONECK)<br>50 MAIN ST<br>WHITE PLAINS, NY 10606 |
| WACHOVIA BANK (NEW ROCHELLE)<br>50 MAIN ST<br>MEZZANINE LEVEL<br>WHITE PLAINS, NY 10606 | WACHOVIA BANK N A<br>50 MAIN ST<br>MEZZANINE LEVEL<br>WHITE PLAINS, NY 10606 |
| WACHOVIA BANK NA<br>12 E 49TH ST-20TH FLR<br>NEW YORK, NY 10017 | WACHOVIA/ ONB PARKING LOT<br>1200 OLD NORTHERN BLVD<br>ROSLYN, NY 11576-2172 |
| WACHOVIA/ VILLAGE OF ROSLYN<br>55 S SERVICE RD<br>MELVILLE, NY 11747 | WACHOVIA-CITY OF NEW ROCHELLE<br>515 NORTH AVE<br>NEW ROCHELLE, NY 10801 |

WACHOVIA-TOWN OF PORT CHESTER
50 MAIN ST
WHITE PLAINS, NY 10606

WACHOVIA-VILLAGE OF NYACK
50 MAIN ST
WHITE PLAINS, NY 10606

WEBSTER BANK, NATIONAL ASSOCIATION
ATTN: ERIN DORMAN
WEBSTER PLAZA
145 BANK STREET / ME 105
WATERBURY, CT 06702

WESTERMAN BALL EDERER MILLER &SHARFSTEIN
ATTN: J. WESTERMAN & M.HENNESSEY, ESQ.
ATTY FOR SIGNATURE BANK
1201 RXR PLAZA
UNIONDALE, NY 11556

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DAVID H. STEIN, ESQ.
ATTY FOR CARD ACCESS, INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: JAY B. FELDMAN
ATTY FOR CARD ACCESS, INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095

WINDELS MARX LANE & MITTENDORF, LLP
ATTN: JAMES D. GREENHALGH, ESQ.
ATTY FOR CALVARY HOSPITAL,INC. & TERENCE
CARDINAL COOKE HEALTH CARE CENTER
156 WEST 56TH STREET
NEW YORK, NY 10019

WINDSOR MANAGEMENT
ATTN: DON MCLAUGHLIN/JC MCDONALD
100 CORPORATE DR STE 104
WINDSOR, CT 06095

WINGSPAN COMMUNICATIONS
COMTECH21
PO BOX 981062
BOSTON, MA 02298-1062

WISE & WEIDERKEHR
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601

YOUNG, GOLDMAN & VAN BEEK, P.C.
ATTN: JOHN P VAN BEEK & HOLLY A. CURRIER
ATTY FOR DEPT. OF VETERANS AFFAIRS
510 KING STREET, SUITE 416
P.O. BOX 1946
ALEXANDRIA, VA 22313