| | |
|---|---|
| **GREENBERG TRAURIG, LLP**<br>Allen G. Kadish, Esq.<br>Burke A. Dunphy, Esq.<br>200 Park Avenue<br>New York, New York 10166<br><br>*Attorneys for Mount Vernon Monetary*<br>*Management Corp., et al., Debtors*<br>*and Debtors-in-Possession* | **LOWENSTEIN SANDLER PC**<br>S. Jason Teele, Esq.<br>Alison E. Kowalski, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br><br>*Attorneys for the Official Committee*<br>*of Unsecured Creditors* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>MOUNT VERNON MONETARY<br>  MANAGEMENT CORP., *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 10-23053 (RDD)<br><br>Jointly Administered<br>Hearing Date: December 21, 2010<br>Hearing Time: 10:00 a.m. |

-------------------------------------------------------------x

## NOTICE OF FILING OF PLAN SUPPLEMENT

PLEASE TAKE NOTICE that, in accordance with the terms of the *Amended joint Plan of Liquidation*, dated November 10, 2010 (the "**Plan**")[1], the Debtors and the Committee hereby file the Plan Supplement, as defined therein.

PLEASE TAKE FURTHER NOTICE that the list of Preserved Causes of Action is attached hereto as Plan Supplement 1.

PLEASE TAKE FURTHER NOTICE that the list of members of the MVMMC

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Plan.

Trust Board is attached hereto as <u>Plan Supplement 2</u>.

| | |
|---|---|
| Dated: New York, New York<br>December 3, 2010 | GREENBERG TRAURIG, LLP<br><br>By: <u>/s/ Allen G. Kadish</u><br>    Allen G. Kadish<br>    Burke A. Dunphy<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 801-9200<br>kadisha@gtlaw.com<br>dunphyb@gtlaw.com<br><br>Attorneys for Mount Vernon<br>  Monetary Management Corp., *et al.*,<br>  Debtors and Debtors in Possession<br><br>LOWENSTEIN SANDLER PC<br><br>S. Jason Teele, Esq.<br>Alison E. Kowalski, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br><br>Attorneys for the Official Committee<br>of Unsecured Creditors |

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **LOWENSTEIN SANDLER PC** |
| Allen G. Kadish, Esq. | S. Jason Teele, Esq. |
| Burke A. Dunphy, Esq. | Alison E. Kowalski, Esq. |
| 200 Park Avenue | 65 Livingston Avenue |
| New York, New York 10166 | Roseland, New Jersey 07068 |
| *Attorneys for Mount Vernon Monetary Management Corp., et al., Debtors and Debtors-in-Possession* | *Attorneys for the Official Committee of Unsecured Creditors* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                  :

In re:                                       :    Chapter 11

MOUNT VERNON MONETARY          :    Case No. 10-23053 (RDD)
  MANAGEMENT CORP., *et al.*,        :
                                       :    Jointly Administered
                    Debtors.       :    Hearing Date: December 21, 2010
                                       :    Hearing Time: 10:00 a.m.
----------------------------------------------------------------x

## **PLAN SUPPLEMENT**

December 3, 2010

*NY240,756,359v5*

**Plan Supplement 1**

**Preserved Causes of Action**

Mount Vernon Monetary Management Corp., et. al.
Plan Supplement
Preserved Causes of Action

SUBJECT TO REVISION
AND/OR AMENDMENT

| Defendant | Debtor Entity | Cause of Action | Value | Description |
|---|---|---|---|---|
| **Litigation** | | | | |
| Envios De Valores La Nacional | Armored Money Services LLC | Breach of contract | Undetermined | Case # 0004587/2010 NY Supreme Court - Westchester County |
| Stanley L. Peimer and Sondra Peimer | Mount Vernon Money Center Corp. | Breach of contract (lease) | Undetermined | Case # 13341/06 NY Supreme Court - Westchester County |

| Defendant | Debtor Entity | Cause of Action | Value | Description |
|---|---|---|---|---|
| **Potential Litigation** | | | | |
| Robert Egan | All Debtors | Breach of corporate fiduciary duty and related causes of action arising out of facts and circumstances detailed in the *Declaration of Allen D. Applbaum in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief, dated as of the Petition Date*, the Disclosure Statement and the Receiver's Report. | Undetermined | Potential law suit for damages |
| Bernard McGarry | All Debtors | Breach of corporate fiduciary duty and related causes of action arising out of facts and circumstances detailed in the *Declaration of Allen D. Applbaum in Support of the* | Undetermined | Potential law suit for damages. |

| Defendant | Debtor Entity | Cause of Action | Value | Description |
|---|---|---|---|---|
| **Potential Litigation** | | | | |
| | | *Debtors' Chapter 11 Petitions and Requests for First Day Relief, dated as of the Petition Date*, the Disclosure Statement and the Receiver's Report. | | |
| Bernard McGarry | All Debtors | Potential avoidance action | $15,354.00 | Potential avoidance litigation related to payments made within the avoidance period, including bonuses and reimbursed expenses. |
| Brendan McGarry | All Debtors | Potential avoidance action | $4,636.17 | Potential avoidance litigation related to payments made within the avoidance period, including reimbursed expenses. |
| Christopher Egan | All Debtors | Potential avoidance action | $300,000 | Potential litigation related to payment made within the avoidance period. |
| Donato Velez Jr. | All Debtors | Potential avoidance action | $5,300 | Potential avoidance litigation related to payments made within the avoidance period, including bonuses. |
| Eamon McGarry | All Debtors | Potential avoidance action | $2,800 | Potential litigation related to payment made within the avoidance period including bonuses and loans. |
| Iris Egan | All Debtors | Potential avoidance action | $300 | Potential litigation related to payment made within the avoidance period including bonuses. |

| Defendant | Debtor Entity | Cause of Action | Value | Description |
|---|---|---|---|---|
| **Potential Litigation** | | | | |
| John McArdle | All Debtors | Potential avoidance action | $300 | Potential litigation related to payment made within the avoidance period including bonuses. |
| John Sague | All Debtors | Potential avoidance action | $300 | Potential litigation related to payment made within the avoidance period including bonuses. |
| Kevin Watson | All Debtors | Potential avoidance action | $100 | Potential litigation related to payment made within the avoidance period including bonuses. |
| Robert Egan | All Debtors | Potential avoidance action | $515,405.15 and all other amounts that may be discovered | Potential litigation related to payment made within the avoidance period including loans. |
| Sal Zabatino | All Debtors | Potential avoidance action | $9,235.00 | Potential litigation related to payment made within the avoidance period including bonuses. |
| Timothy Watson | All Debtors | Potential avoidance action | $6,057.00 | Potential litigation related to payment made within the avoidance period including reimbursed expenses. |
| | | | | |
| Bronx Lebanon Hospital and related parties | District Central Service | Outstanding accounts receivable | $1,120,900 | Potential litigation related to outstanding and unpaid accounts receivable owed to debtor. |

NY240,756,359v5

| Defendant | Debtor Entity | Cause of Action | Value | Description |
|---|---|---|---|---|
| **Potential Litigation** | | | | |
| Joe Collins and related parties | District Central Service | Promissory note receivable | $500,000 | Potential litigation related to unpaid promissory note |
| Jake Friedman/InBox Check Cashing | MVMC | Promissory note receivable | $476,012 | Potential litigation related to unpaid promissory note |
| George Morato | MVMC | Promissory note receivable | Approximately $150,000 | Potential litigation related to unpaid promissory note |
| Insurance Carrier(s) and related parties [2] | All Debtors | Insurance claim | Undetermined | Potential litigation related to cash in transit insurance coverage |
| Navigators Insurance and related parties | All Debtors | Property theft | Approximately $43,000 | Potential litigation related to insurable event at a Debtor facility |
| Mount Vernon, City of, et al. | 185 LLC | Tax certiorari | Undetermined | Real Estate Tax assessment dispute. Case # 0018394/2003 NY Supreme Court - Westchester County |
| Mount Vernon, City of, et al. | 185 LLC | Tax certiorari | Undetermined | Real Estate Tax assessment matter. Case # 0014539/2004 NY Supreme Court - Westchester County |

---

[2] The Debtors maintain insurance policies which are confidential pursuant to their terms, and the Proponents are therefore constrained from publically disclosing specific information relating to them.

NY240,756,359v5

| Defendant | Debtor Entity | Cause of Action | Value | Description |
|---|---|---|---|---|
| **Potential Litigation** | | | | |
| Mount Vernon, City of, et al. | 185 LLC | Tax certiorari | Undetermined | Real Estate Tax assessment matter. Case # 0016288/2005 NY Supreme Court - Westchester County |
| Dave Ambrose & Company | All Debtors | Pre-petition services rendered | Undetermined | Potential litigation related to accounting and or tax services provided to the Debtors. |
| Kass & Jaffe P.C. Certified | All Debtors | Pre-petition services rendered | Undetermined | Potential litigation related to accounting and or tax services provided to the Debtors. |
| LMI Accounting CPA, P.C | All Debtors | Pre-petition services rendered | Undetermined | Potential litigation related to accounting and or tax services provided to the Debtors. |
| Andre Butts* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Arthur Lyman* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Cecelia Gomez* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Giovanni Marato* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Janet Lyman* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |

10-23053-rdd Doc 369 Filed 12/03/10 Entered 12/03/10 18:49:15 Main Document Pg 9 of 14

| Defendant | Debtor Entity | Cause of Action | Value | Description |
|---|---|---|---|---|
| **Potential Litigation** | | | | |
| John Pratt* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Jose Cuadrado* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Jose Morales* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Lance Kotash* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Lorenzo Bynum* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Sherwyn Lowell* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |
| Timothy Watson* | MVMM | Outstanding loans | Undetermined | Potential litigation related to unpaid employee loans and/or advances. |

\* The Debtors only seek to preserve these cause of actions against the named employees for loans made by the Debtors to such employees, which loans have not been repaid. The Debtors are not seeking to preserve potential preference actions against these individuals, unless otherwise indicated, as such causes of action are waived pursuant to the Plan.

10-13056-rdd Doc 369 Filed 12/03/10 Entered 12/03/10 18:47:15 Main Document Pg 10 of 14

| Defendant | Debtor Entity | Cause of Action | Value | Description |
|---|---|---|---|---|
| **Unreleased Escrow Subject to Litigation** | | | | |
| Westchester County | | Cash collateral being held by third party | Approximately $46,000 | Cash collateralized performance bond. |
| Capital One Bank and related parties | | Cash collateral being held by third party | Approximately $100,000 | Cash collateral for revolving loan, never drawn by the Debtors. |
| Dominic Colosuono et al., escrow agent and other related related parties | | Cash collateral being held by third party | Approximately $300,000 | Cash being held in an escrow account from sale of business |

| Plaintiff | Debtor Entity | Cause of Action | Value | Description |
|---|---|---|---|---|
| **Actions in Which Debtors Are Defendants** | | | | |
| Money Spot Inc. | Armored Money Services, LLC | Adversary proceeding seeking recovery of property | Approximately $170,000 | Case No. 10-08376 (Bankr. S.D.N.Y.) |
| ADP Federal Credit Union | Mount Vernon Money Center Corp. | Conversion claim | Approximately $838,000 | Case No.10-cv-03772 (VM) (S.D.N.Y.) |
| Joseph Lindiwe | Mount Vernon Money Center Corp. | Personal injury claim. | Undetermined | Case No. 39843/07 NY Supreme Court - Kings County |
| First Federal Bank of California | Mount Vernon Money Center Corp. | | Undetermined | Case Nos. 14503/08 and 3051/09 NY Supreme Court - Westchester County |
| Hudson Valley Bank, N.A. | American Armored Car, Ltd., et al. | Foreclosure action. | Undetermined | Case No. 15268/08 NY Supreme Court - Westchester County |
| Crystal Jones and Christina Farrow f/k/a Christina Morris | American Armored Car, Ltd., Mt. Vernon Monetary Management Corp., Armored Money Services LLC. | Action for negligence, malicious prosecution, false arrest and abuse of process. | Undetermined | Case No. 26221/08 NY Supreme Court - Westchester County |
| Peggy Tirschwell | Mount Vernon Money Center Corp. | Personal injury claim. | Undetermined | Case No. 19164/09 NY Supreme Court - NY County |
| Stanson Automated, LLC | Mt. Vernon Money Center Corp. | | Undetermined | Case No. 5767/10 NY Supreme Court - Westchester County |

## **Plan Supplement 2**

## **MVMMC Trust Board Members**

*NY240,756,359v5*

Webster Bank National Association

Actors Federal Credit Union

Bank of America, N.A.

New York Community Bancorp, Inc.

NorthEast Alliance Federal Credit Union